**Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue Chart Review Print**

Location                Patient Name                    Patient Number    Visit Number    Age    Sex
DIS-19W-62-A    Hale,Terrance                   3501306             3501306-3         27Y    M

                                                            Attending Physician              D.O.B.
                                                            Konrad,Steven                   02/25/1986

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Unscheduled Discharge Summary-Psych IP -- cont'd
Formulation (WP)        : ON ADMISSION 6/19/12:
                          26 yo AAM with reported hx of schizophrenia and prior
                          inpat treatment, arrested in april 2012 for alleged
                          attempted murder of an officer [stabbing] who was
                          called to his home by him and/or his mother, admitted
                          in April while under NYPD custody to 19N, referred
                          back to Bellevue because of concerns about agitation
                          and lability. Pt has a significant history of
                          psychiatric treatment as well as poor impulse control
                          and prior trials of mult medications. During his
                          admissions to 19N in April, he was oddly related at
                          times and showed poor impulse control.  There appears
                          to be elements of both Axis I and Axis II traits. Per
                          referral, pt has been difficult to manage at the
                          jail, and pt is now agreeing that he would benefit
                          from medication adjustment to address his impulse
                          control. As such, will sign pt in 9.13. Of note, I
                          encouraged pt to comply with tx team and to approach
                          tx team in a calm and controlled manner with any
                          problems, such as if he changes his mind and wants
                          discharge [pt was able to be discharged last time
                          after he requested discharge and showed a period of
                          controlled behavior]. Risk of harm to self is
                          considered low at this time - pt denies hx of
                          suicidal behavior. However, he has risk factors such
                          as social isolation and hopelessness about his
                          attempted murder charge and possible conviction. Risk
                          of harm to others is considered low to moderate right
                          now but moderate to high/moderate in general - pt has
                          history of drug abuse, violence and arrest, with what
                          appears to be little regard for the feelings of
                          others [as observed throughout the time on 19N].
                          However, right now he is calm and complying with
                          admission procedures, agreeing with admission.

                          ON DISCHARGE 7/1/12:
                          26yo AAM charged with alleged Attempted Murder of a
                          Police Officer stemming from events in April 2012
                          that were highly publicized at the time, with history
                          of multiple psychiatric hospitalizations since age 18

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| <u>Location</u> | <u>Patient Name</u> | <u>Patient Number</u> | <u>Visit Number</u> | <u>Age</u> | <u>Sex</u> |
|---|---|---|---|---|---|
| DIS-19W-62-A | Hale,Terrance | 3501306 | 3501306-3 | 27Y | M |

|  |  | <u>Attending Physician</u> | <u>D.O.B.</u> |
|---|---|---|---|
|  |  | Konrad,Steven | 02/25/1986 |

-----------------------------------------------------------------------

Unscheduled Discharge Summary-Psych IP -- cont'd

in the context of aggression and paranoia, violence
both while hospitalized and in the community,
substance use, known to 19N from two brief admissions
shortly after arrest. He returned to 19W on 6/19 for
voluntary admission after being referred from Rikers
for "extreme lability" and threatening behavior.
During his two weeks on the unit, he has been terse
and guarded, as well as oddly related, with an odd
smile at times, and is irritable at other times.
However, he has been calm, coherent, logical,
organized, and not overtly psychotic, manic,
depressed, or anxious. He explained that his
agitation at Rikers prior to admission was triggered
by the fact that his housing had been changed
recently, which caused him to feel that he was being
provoked. He expressed feeling frustrated and
stressed by his legal situation, and spoke about
feeling targeted by others in the jail setting due to
his high-profile charges. While these statements may
reflect paranoid ideation, they may also have a basis
in reality given the nature of his case. At any
rate, he has been minimally engaged in individual
psychotherapy or in therapeutic groups. He has
accepted his standing medication and voices feeling
"better" than on admission.

Diagnostically, collateral information gathered on
prior admissions to 19N and from the patient's mother
during this admission indicates a history of
diagnosis with psychotic illness, specifically
Schizophrenia, Paranoid Type. During the current
admission no overt signs of acute psychosis or any
other acute major mental illness were observed,
however the patient reports he has been compliant
with antipsychotic and mood-stabilizing medications
for several weeks prior to admission and has remained
compliant with that medication here. Therefore, it is
possible that he is presenting with a symptom picture
that is attenuated. Axis II is deferred at this time
but Antisocial traits have been identified on past

Fri, 23 Aug 13   1128

ellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-19N-14-B | Hale,Terrance | 3501306 | 3501306-1 | 27Y | M |

Attending Physician    D.O.B.
Roth,Loren             02/25/1986

--------------------------------------------------------------------------------

Unscheduled Discharge Summary-Psych IP                Status: complete
Event Time: Fri, 20 Apr 12   1218

Fri, 20 Apr 12   1229    Documented by Loren Roth, MD

Start Time of IP Assmnt: 18 Apr 12   1000
Source of Referral       : Law enforcement
Sources of Information   : Patient,Facility paper records
Barriers to Assessment   : Patient unwilling,Patient unable
Consenting Party         : patient consents or involuntary treatment
Preferred Language(s): English

From:

07/10/2013 13:04   #493 P.005/007

**(o) AGENT'S SIGNATURE AND ACKNOWLEDGMENT OF APPOINTMENT:**
*It is not required that the principal and the agent(s) sign at the same time, nor that multiple agents sign at the same time.*

I/we,
have read the foregoing Power of Attorney. I am/we are the person(s) identified therein as agent(s) for the principal named therein.

I/we acknowledge my/our legal responsibilities.

Agent(s) sign(s) here: ➡ *Vearny Hale*

ACKNOWLEDGMENT

State of New York, County of **N.Y.**
On **MAY 5, 2010** before me, the undersigned,
personally appeared
*Vearry Hale*
personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
*(signature and office of individual taking acknowledgment)*
STEVEN EHRLICH
Notary Public, State of New York
No. 02EH5029973
Qualified in New York County
Commission Expires Sept. 27, 20 13

State of
On
personally appeared
personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument

County of
ss.:
before me, the undersigned,

_____
*(signature and office of individual taking acknowledgment)*

**AFFIDAVIT THAT POWER OF ATTORNEY IS IN FULL FORCE AND EFFECT**
*(Sign before a notary public)*

STATE OF
COUNTY OF
ss.:
being duly sworn, deposes and says:

1. The Principal appointed me as the Principal's true and lawful Agent in the within Power of Attorney.
2. I do not have, at the time of this transaction, actual notice of the termination or revocation of the power of attorney, or notice of any facts indicating that the power of attorney has been terminated or revoked;
3. I do not have, at the time of this transaction, actual notice that the power of attorney has been modified in any way that would affect my ability as the agent to authorize or engage in the transaction, or notice of any facts indicating that the power of attorney has been so modified; and
4. I make this affidavit for the purpose of inducing

to accept delivery of the following Instrument(s), as executed by me in my capacity as the Agent, with full knowledge that this affidavit will be relied upon in accepting the execution and delivery of the Instrument(s) and in paying good and valuable consideration therefor:

☐ I am the successor agent, the prior agent is no longer or willing to serve.

Sworn to before me on

_____



OCA Official Form No.: 960

**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**
[This form has been approved by the New York State Department of Health]

| Patient Name TERRANCE HALE | Date of Birth 12-25-1986 | Social Security Number |
|---|---|---|

Patient Address 15-15 HAVEN Queens NY / 1945 Third Ave. NYNY #10E 10029

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
New York City Health and Hospitals Corp., HHC    BELLEVUE HOSPITAL

8. Name and address of person(s) or category of person to whom this information will be sent:
**The Legal Aid Society, 199 Water Street 6th FL, New York, NY 11370**

9(a). Specific information to be released: 11-17-2012 to (insert date) present
☐ Medical Record from (insert date) _____
☑ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____

Include: (Indicate by Initialing)
→ T.H  Alcohol/Drug Treatment
→ T.H  Mental Health Information
→ T.H  HIV-Related Information

**Authorization to Discuss Health Information**

(b) ☑ By initialing here T.H. Initials   I authorize  New York City Health and Hospitals Corp., HHC
                                                          Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:
**John Boston, Jonathan Chasan, Dale Wilker, The Legal Aid Society, 199 Water St., NY NY 10038**
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: | 11. Date or event on which this authorization will expire: |
|---|---|
| ☑ At request of individual | 1/1/2015 |
| ☑ Other: Mother/guardian/pwr aty | |

12. If not the patient, name of person signing form: Yearry Hale - mother  | 13. Authority to sign on behalf of patient. Mother; guardian; power of attorney

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

Yearry Hale    → Date: 7/15/13
Signature of patient or representative authorized by law.

* **Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.**

From:                                                07/10/2013 13:03    #493 P.002/007

M 151—New York Statutory Power of Attorney: durable unless modified,        © 2009 by Blumberg Excelsior, Inc., Publisher, NYC  10013
with affidavit of attorney. GOL § 5-1513. 12 pt type, 3-09                        www.blumberg.com

## POWER OF ATTORNEY—NEW YORK STATUTORY SHORT FORM

**(a) CAUTION TO THE PRINCIPAL:** Your Power of Attorney is an important document. As the "principal," you give the person whom you choose (your "agent") authority to spend your money and sell or dispose of your property during your lifetime without telling you. You do not lose your authority to act even though you have given your agent similar authority.

When your agent exercises this authority, he or she must act according to any instructions you have provided or, where there are no specific instructions, in your best interest. "Important Information for the Agent" at the end of this document describes your agent's responsibilities.

Your agent can act on your behalf only after signing the Power of Attorney before a notary public.

You can request information from your agent at any time. If you are revoking a prior Power of Attorney by executing this Power of Attorney, you

should provide written notice of the revocation to your prior agent(s) and to the financial institutions where your accounts are located.

You can revoke or terminate your Power of Attorney at any time for any reason as long as you are of sound mind. If you are no longer of sound mind, a court can remove an agent for acting improperly.

Your agent cannot make health care decisions for you. You may execute a "Health Care Proxy" to do this.

The law governing Powers of Attorney is contained in the New York General Obligations Law, Article 5, Title 15. This law is available at a law library, or online through the New York State Senate or Assembly websites, www.senate.state.ny.us or www.assembly.state.ny.us.

If there is anything about this document that you do not understand, you should ask a lawyer of your own choosing to explain it to you.

**(b) DESIGNATION OF AGENT(S):**

*name and address of principal*

I, Terrence Hale, 1945 3rd Avenue #10E, N.Y. 10029 hereby appoint:

*name(s) and address(es) of agent(s)*

Vearry Hale, 1945 3rd Avenue #10E, N.Y. 10029 as my agent(s)

If you designate more than one agent above, they must act together unless you initial the statement below.
[          ] My agents may act SEPARATELY.

**(c) DESIGNATION OF SUCCESSOR AGENT(S): (OPTIONAL)**

*name(s) and address(es) of successor agent(s)*

If every agent designated above is unable or unwilling to serve, I appoint as my successor agent(s):

Successor agents designated above must act together unless you initial the statement below.
[          ] My successor agents may act SEPARATELY.

**(d) This POWER OF ATTORNEY** shall not be affected by my subsequent incapacity unless I have stated otherwise below, under "Modifications."

**(e) This POWER OF ATTORNEY REVOKES** any and all prior Powers of Attorney executed by me unless I have stated otherwise below, under "Modifications."

If you are NOT revoking your prior Powers of Attorney, and if you are granting the same authority in two or more Powers of Attorney, you must also indicate under "Modifications" whether the agents given these powers are to act together or separately.

**(f) GRANT OF AUTHORITY:**
To grant your agent some or all of the authority below, either
(1) Initial the bracket at each authority you grant, or
(2) Write or type the letters for each authority you grant on the blank line at (P), and initial the bracket at (P). If you initial (P), you do not need to initial the other lines.

I grant authority to my agent(s) with respect to the following subjects as defined in sections 5-1502A through 5-1502N of the New York General Obligations Law:

[ TH ] (A) real estate transactions;
[ TH ] (B) chattel and goods transactions;
[ TH ] (C) bond, share, and commodity transactions;
[ TH ] (D) banking transactions;
[ TH ] (E) business operating transactions;
[ TH ] (F) insurance transactions;
[ TH ] (G) estate transactions;
[ TH ] (H) claims and litigation;
[ TH ] (I) personal and family maintenance;
[ TH ] (J) benefits from governmental programs or civil or military service;

[ TH ] (K) health care billing and payment matters; records, reports, and statements;
[ TH ] (L) retirement benefit transactions;
[ TH ] (M) tax matters;
[ TH ] (N) all other matters;
[ TH ] (O) full and unqualified authority to my agent(s) to delegate any or all of the foregoing powers to any person or persons whom my agent(s) select;
[ TH ] (P) EACH of the matters identified by the following letters A, B, C, D, E, F, G, H, I, J, K, L, M, N, O, P
You need not initial the other lines if you initial line (P).

## (g) MODIFICATIONS: (OPTIONAL)

In this section, you may make additional provisions, including language to limit or supplement authority granted to your agent.

However, you cannot use this Modifications section to grant your agent authority to make major gifts or changes to interests in your property. If you wish to grant your agent such authority, you MUST complete the Statutory Major Gifts Rider.

## (h) MAJOR GIFTS AND OTHER TRANSFERS: STATUTORY MAJOR GIFTS RIDER: (OPTIONAL)

In order to authorize your agent to make major gifts and other transfers of your property, you must initial the statement below and execute a Statutory Major Gifts Rider at the same time as this instrument.

Initialing the statement below by itself does not authorize your agent to make major gifts and other transfers. The preparation of the Statutory Major Gifts Rider should be supervised by a lawyer.

[          ] (SMGR) I grant my agent authority to make major gifts and other transfers of my property, in accordance with the terms and conditions of the Statutory Major Gifts Rider that supplements this Power of Attorney.

## (i) DESIGNATION OF MONITOR(S): (OPTIONAL) I wish to designate

whose address(es) is (are)

as monitor(s). Upon the request of the monitor(s), my agent(s) must provide the monitor(s) with a copy of the power of attorney and a record of all transactions done or made on my behalf. Third parties holding records of such transactions shall provide the records to the monitor(s) upon request.

From:                                                                 07/10/2013 13:03   #493 P.004/007

**(J) COMPENSATION OF AGENT(S). (OPTIONAL)**
Your agent is entitled to be reimbursed from your assets for reasonable expenses incurred on your behalf. If you ALSO wish your agent(s) to be compensated from your assets for services rendered on your behalf, initial the statement below. If you wish to define "reasonable compensation," you may do so above, under "Modifications."

[      ] My agent(s) shall be entitled to reasonable compensation for services rendered.

**(k) ACCEPTANCE BY THIRD PARTIES:** I agree to indemnify the third party for any claims that may arise against the third party because of reliance on this Power of Attorney. I understand that any termination of this Power of Attorney, whether the result of my revocation of the Power of Attorney or otherwise, is not effective as to a third party until the third party has actual notice or knowledge of the termination.

**(l) TERMINATION:** This Power of Attorney continues until I revoke it or it is terminated by my death or other event described in section 5-1511 of the General Obligations Law.

Section 5-1511 of the General Obligations Law describes the manner in which you may revoke your Power of Attorney, and the events which terminate the Power of Attorney.

**(m) SIGNATURE AND ACKNOWLEDGMENT:**
In Witness Whereof I have hereunto signed my name                              20

PRINCIPAL signs here: ➡      _Terrance Hale_

**ACKNOWLEDGMENT**

STATE OF NEW YORK                    COUNTY OF  N.Y               ss.:
On May 5, 2010     before me, the undersigned, personally appeared
_Terrance Hale_
personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

(signature and office of the person taking acknowledgment)

STEVEN EHRLICH
Notary Public, State of New York
No. 02EH6029073
Qualified in New York County
Commission Expires Sept. 27, 20_13_

**(n) IMPORTANT INFORMATION FOR THE AGENT:**
When you accept the authority granted under this Power of Attorney, a special legal relationship is created between you and the principal. This relationship imposes on you legal responsibilities that continue until you resign or the Power of Attorney is terminated or revoked. You must:

(1) act according to any instructions from the principal, or, where there are no instructions, in the principal's best interest;

(2) avoid conflicts that would impair your ability to act in the principal's best interest;

(3) keep the principal's property separate and distinct from any assets you own or control, unless otherwise permitted by law;

(4) keep a record or all receipts, payments and transactions conducted for the principal; and

(5) disclose your identity as an agent whenever you act for the principal by writing or printing the principal's name and signing your own name as "agent" in either of the following manner: (Principal's Name) by (Your Signature) as Agent, or (your signature) as Agent for (Principal's Name).

You may not use the principal's assets to benefit yourself or give major gifts to yourself or anyone else unless the principal has specifically granted you that authority in this Power of Attorney or in a Statutory Major Gifts Rider attached to this Power of Attorney. If you have that authority, you must act according to any instructions of the principal or, where there are no such instructions, in the principal's best interest. You may resign by giving written notice to the principal and to any co-agent, successor agent, monitor if one has been named in this document, or the principal's guardian if one has been appointed. If there is anything about this document or your responsibilities that you do not understand, you should seek legal advice.

Liability of agent:

The meaning of the authority given to you is defined in New York's General Obligations Law, Article 5, Title 15. If it is found that you have violated the law or acted outside the authority granted to you in the Power of Attorney, you may be liable under the law for your violation.

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | | Patient Number | Visit Number | Age | Sex |
|----------|--------------|---|----------------|--------------|-----|-----|
| DIS-19W-69-C | Hale,Terrance | | 3501306 | 3501306-4 | 27Y | M |
| | | | Attending Physician | | D.O.B. | |
| | | | Konrad,Steven | | 02/25/1986 | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Unscheduled Discharge Summary-Psych IP -- cont'd

| | | |
|---|---|---|
| Appearance | : | Appears stated age,Adequately dressed,Adequate grooming |
| Behavior | : | Cooperative,Indifferent,Distant relatedness,Normal eye-contact,Normal psychomotor activity,No abnormal movements,Normal gait |
| Speech | : | Normal rate,Soft,Normal rhythm,Fluent,Non-pressured,Standard English accent |
| Thought Process | : | Goal directed,Concrete thinking |
| Thought Content | : | Normal content |
| Suicidal Ideation | : | No suicidal ideation |
| Aggressive Ideation | : | No aggressive or homicidal ideation |
| Perceptual Disorders | : | No perceptual disorders |
| Mood | : | Euthymic |
| Affect | : | Constricted,Stable affect |
| Impulse Control | : | Intact impulse control |
| Cognitive Function | : | Alert,Oriented x4 |
| Insight | : | No grossly impaired insight |
| Judgment | : | No grossly impaired judgment |

Fri. 23 Aug 13  1128                                    Page 50 of 54

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
                         Chart Review Print

Location          Patient Name            Patient Number   Visit Number   Age   Sex
DIS-19W-69-C      Hale,Terrance           3501306          3501306-4      27Y   M

                                          Attending Physician      D.O.B.
                                          Konrad,Steven            02/25/1986

----------------------------------------------------------------------------------

Unscheduled Discharge Summary-Psych IP -- cont'd
                    not demonstrate any self-injurious or aggressive
                    behaviors at any time during this admission.  He was
                    observed while talking on the phone during several days
                    of his hospital stay.  He was quite verbal and showed
                    full range of facial expressions, including smiling and
                    laughing at times.  When approached by hospital staff,
                    he was mostly constricted and terse.

                    Medically, there was no acute issues addressed during
                    this admission.  He sustained a nasal bone fracture
                    prior to admission and was evaluated and medically
                    cleared at an outside hospital prior to admission.  He
                    was seen again at BHC and no surgical intervention was
                    recommended.  He did not complain of significant pain.
                    Just prior to discharge, the patient complained of a
                    toothache.  Rikers staff was made aware to set up a
                    dental clinic appointment should the toothache
                    persist.

                    The case was conference with Rikers Island staff prior
                    to his discharge.  Due to the nature of his behavior at
                    Rikers Island, he will be returned to GRVC instead of
                    AMKC.  He was deemed stable for discharge to Rikers on
                    7/19/12.

                    Discharge Medications:
                    Prolixin Decanoate 25 mg IM q2weeks
                    Depakote 500 mg qAM, 1000 mg qPM
                    Trazodone 100 mg at bedtime.

**Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue Chart Review Print**

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-19N-14-B | Hale,Terrance | 3501306 | 3501306-1 | 27Y | M |

| | | Attending Physician | D.O.B. |
|---|---|---|---|
| | | Roth,Loren | 02/25/1986 |

---------------------------------------------------------------------

Unscheduled Discharge Summary-Psych IP -- cont'd

and unmarried with two children (ages 3 and 5 according to patient). He has a history of 5 or 6 psychiatric hospitalizations including one state hospitalization since the age of 16/17, a history of a recent outpatient psychiatric evaluation at St. Mark's Clinic, and a history of multiple arrests for violent behavior, which led to one state prison incarceration from 5/2007 - 3/2008 (charges of Assault). His substance use history is presently unknown. The patient was arrested on or about 4/17/12; according to records Mr. Hale's mother called 911 seeking hospitalization for Mr. Hale, and when police arrived Mr. Hale is alleged to have stabbed a police officer in the temple, causing a severe, penetrating injury requiring surgery. Mr. Hale was taken to Metropolitan Hospital Center (MHC), where he was observed to be internally preoccupied, and referred for forensic psychiatric admission at BHC. At BHC CPEP, Mr. Hale presented as sullen and irritable. While in CPEP Mr. Hale initially refused to answer any questions, but eventually stated that he has a past diagnosis of paranoid schizophrenia, though he does not believe he suffers from a mental illness. He denied all symptoms of mental illness, including depressed mood, AH/VH/SI/HI, and no delusions were elicited. He provided that he asked his mother to call the ambulance because he has not been able to sleep for several days and was feeling exhausted. Also while in CPEP, Mr. Hale became agitated and received Seroquel 100mg po, and later Ativan 2mg IM. The patient was admitted to 19N, and there were no incidents overnight.

On inpatient reassessment the morning of

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-19N-14-B | Hale,Terrance | 3501306 | 3501306-1 | 27Y | M |
| | | Attending Physician | | D.O.B. | |
| | | Roth,Loren | | 02/25/1986 | |

----------------------------------------------------------------------

Unscheduled Discharge Summary-Psych IP -- cont'd

4/18/12, Mr. Hale presented as irritable and
uncooperative, and there were no over signs
of psychosis. He initially refused to meet
with the treatment team, but eventually
agreed after being allowed a few more
minutes to sleep. The patient was unwilling
to answer many of the team's questions,
citing his having recently answered the same
questions in CPEP. As on evaluation in CPEP,
Mr. Hale denied all symptoms of mental
illness, including AH/VH/SI/HI, and
depressed mood. He did provide that he has
been "tired," and had not been sleeping well
recently. He also stated that he was living
with his mother and two daughters (ages 3
and 5) in Spanish Harlem. He provided verbal
consent for clinicians to contact his
mother, Vearry Hale, and his outpatient
psychiatrist, Dr. Nunes at St. Mark's
Clinic. The team was unable to conduct a
complete and thorough interview and
assessment of Mr. Hale, as he became
irritable and left the room.

According to the patient's mother, Mr. Hale
has been living with her, and his daughters
live with his girlfriend in Queens.
Medically, Mrs. Hale stated that Mr. Hale
has a history of diabetes, particularly in
conjunction with psychiatric medication.
Mrs. Hale explained that Mr. Hale has a
history of psychiatric medications that
includes Thorazine, Depakote, and a
medication to combat "shaking," and he has
presently been taking Latuda 80mg. He had
recently been prescribed Latuda 40mg by Dr.
Nunes at the St. Mark's Clinic, but Mrs.
Hale felt that this was not adequate, and
began giving her son the medication of a
stronger dosage that was left over from a

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-19N-14-B | Hale,Terrance | 3501306 | 3501306-1 | 27Y | M |

| | | Attending Physician | D.O.B. |
|---|---|---|---|
| | | Roth,Loren | 02/25/1986 |

------------------------------------------------------------------------------

Unscheduled Discharge Summary-Psych IP -- cont'd

these medications about a month ago and was
switched to Latuda originally 80mg/day, but
more recently has only been prescribed
40mg/day. Mother stated that patient was
diagnosed at one point with DMII but she
believes that this was medication-induced
and he currently does not take andy diabetes
medications and does not follow a diabetic
diet. Mother stated that she administers the
medication and that patient has been taking
it. The injured police officer was
reportedly stabbed in the temple area with
brain penetration, has a serious facial
laceration and other injuries and underwent
surgery at MSMC. This story has already been
in multiple media reports. Patient states
that he has been diagnosed with paranoid
schizophrenia and that he does not believe
that he suffers from this. He denies
paranoia, denies (A)/(V)halls, denies
SI/paraSI and denies HI/aggressive ideation
at this time. No delusions were elicited.
Patient states that he did ask his mother to
call for the ambulance because he has not
been able to sleep for several days and he
was feeling very exhausted. Patient states
that he has not been feeling particularly
depressed of late. Patient appeared very
sullen. Patient also appears very pent up at
the same time and became very irritable with
police and was medicated initially with
Seroquel 100mg po and then subsequently with
Ativan 2mg IM. Patient has legal hx and was
in prison 5/2007 to 3/2008 on Assault 2nd
conviction and completed PRS on 3/19/11.

INPATIENT REASSESSMENT 4/18/12: Mr. Terrance
Hale is a 26-year-old, domiciled with
mother, African American man who is
unemployed and on SSI according to records,

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| <u>Location</u> | <u>Patient Name</u> | <u>Patient Number</u> | <u>Visit Number</u> | <u>Age</u> | <u>Sex</u> |
|---|---|---|---|---|---|
| DIS-19N-14-B | Hale,Terrance | 3501306 | 3501306-1 | 27Y | M |

|  |  | <u>Attending Physician</u> | <u>D.O.B.</u> |
|---|---|---|---|
|  |  | Roth,Loren | 02/25/1986 |

------------------------------------------------------------------------

Unscheduled Discharge Summary-Psych IP -- cont'd
Chief Complaint                   : "You know why I am here...so why do I have
                                    to answer these questions.".
History of Present Illness (WP): ON ADMISSION 4/17/12: Patient is a 26yo man
                                    who is unemployed, on SSI, who lives with
                                    mother, who has a girlfriend who is the
                                    mother of his two children who are 6yo and
                                    3yo, who has a h/o psychiatric
                                    hospitalizations including state, who was
                                    last hospitalized about a year ago at MSMC
                                    and currently in out-patient treatment at
                                    St. Mark's Clinic (although was last seen
                                    there about one month ago) and who is on
                                    Latuda 40mg QD (was previously on 80mg/d)
                                    and who was reffered for forensic admission
                                    evaluation from MHC CPEP. Patient is under
                                    arrest and has been charged with allegedly
                                    stabbing one of the officers who responded
                                    to mother's 911 call to have patient brought
                                    to hospital as EDP. Patient is very sullen
                                    and states that he does not want to answer
                                    any questions but with encouragement, he did
                                    answer some. Mother also called the CPEP
                                    before patient was seen and provided the
                                    following information. Mother stated that
                                    the patient has been more withdrawn and
                                    irritable and had been pacing a lot and that
                                    he asked her to call the ambulance for him
                                    so that he could go to hospital. Mother
                                    states that she waited downstairs for the
                                    police and ambulance and that it took almost
                                    a half hour for the ambulance to arrive.
                                    Mother stated that as the police were about
                                    to head to the apartment, the patient exited
                                    the elevator and that police approached hi,
                                    and reportedly were escorting him to the
                                    ambulance when it is alleged that the
                                    patient stabbed and cut one of the officers.
                                    Mother states that he used to be on
                                    Prolixin, Cogentin and Depakote but was c/o
                                    N/V (most likely the VPA) and was taken off

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|----------|--------------|----------------|--------------|-----|-----|
| DIS-19N-14-B | Hale,Terrance | 3501306 | 3501306-1 | 27Y | M |

|  |  | Attending Physician |  | D.O.B. |  |
|  |  | Roth,Loren |  | 02/25/1986 |  |

--------------------------------------------------------------------------------

Unscheduled Discharge Summary-Psych IP -- cont'd

previous prescription. Mrs. Hale stated that
Mr. Hale was "fine" and "happy" until around
Easter approximately 2 weeks ago. She
explained that he was "withdrawn," "sad,"
and "not sleeping." She explained that he
would take 4-5 hour "catnaps" each day, and
that she would give him leftover Trazodone
that he was prescribed at one time. She
stated that she first noticed that he needed
mental health treatment when Mr. Hale was
16/17, and that he was "arguing, acting out,
angry, and thought that people were after
him." She also described him as cutting
himself off from friends around this time.
Mrs. Hale reported that Mr. Hale carries a
diagnosis of "bipolar schizophrenia," and
that her brother has "the same thing." She
further provided that Mr. Hale was first
hospitalized at around 16/17 at Mount Sinai
MC, and that he has had 5 or 6 subsequent
hospitalizations, including one at Rockland
Psychiatric Center. When questioned about
the incidents that prompted these
hospitalizations, Mrs. Hale described
agitated, aggressive, and paranoid behavior.
She also stated that Mr. Hale has become
violent while in psychiatric hospitals. Mrs.
Hale stated that the patient has been
arrested multiple times, probably for the
first time around 2002, typically for
"fighting." She stated that he has never
been sentenced/mandated to any kind of
treatment program, and has never received
AOT.

According to Dr. Nunes at St. Mark's Clinic,
Mr. Hale was seen approximately 3 weeks ago
for one psychiatric evaluation. He has
previously "quit" outpatient treatment there
in the past, prior to the clinic using a

Fri, 23 Aug 13  1128                                    Page  7 of 54

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
                              Chart Review Print

| Location | Patient Name | | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|---|
| DIS-19N-14-B | Hale,Terrance | | 3501306 | 3501306-1 | 27Y | M |

|  |  | Attending Physician | | D.O.B. |
|---|---|---|---|---|
|  |  | Roth,Loren | | 02/25/1986 |

-----------------------------------------------------------------------------

Unscheduled Discharge Summary-Psych IP -- cont'd

system of computerized records. During her evaluation 3 weeks ago, Dr. Nunes described the patient as carrying a diagnosis of schizophrenia, but presently denying all symptoms of psychiatric illness. According to Dr. Nunes, Mr. Hale reported that he would like medication in order to prevent him from becoming ill again in the future. Though he had been prescribed Haldol and Depakote in the past, Mr. Hale reportedly told Dr. Nunes that he did not like these medications. Dr. Nunes stated that she prescribed Latuda 40mg, and that Mr.  Hale agreed to take it.

Prior Mental Health Srvcs  : Outpatient mental health provider,Psychiatric inpatient unit,State psychiatric hospital

AOT Status                 : no aot involvement

High Risk Psychiatric Hx   : Violence or endangering others,Arrest or incarceration,Treatment noncompliance

Psychopharm History        : Drug Name: prolixin Dosage and Compliance: 5mg bid
                             Drug Name: latuda Dosage and Compliance: up to 80mg daily
                             Drug Name: depakote
                             Drug Name: cogentin

Past Psychiatric History (WP): As per admission note the patient has diagnosis of schizophrenia, paranoid type and he is enrolled at St Mark's clinic where his psychiatrist is Dr. Nunez, MD Tel. (212) 982-3470; he was an inpatient at Mt Sinai Medical Center one year ago and he was in "the State Hospital" in the past. More exploration needed; patient refused treatment team initial assessment interview. Patient denied audiovisual hallucinations or suicide or homicide thoughts. He did not appeared psychotic during this short assessment interview.

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-19N-14-B | Hale,Terrance | 3501306 | 3501306-1 | 27Y | M |

|  |  | Attending Physician | D.O.B. |
|---|---|---|---|
|  |  | Roth,Loren | 02/25/1986 |

--------------------------------------------------------------------------------
  Unscheduled Discharge Summary-Psych IP -- cont'd
Substances of Abuse          : Cannabis (Marijuana) still using First: unk
                               Last: days-wks before admission [utox
                               pos for THC]
Complicated Withdrawal       : Unable to assess
Effects of Substance Use     : Unable to assess
Abuse History              : unable to assess
Current Effects of Abuse   : Unable to assess
Developmental Hx (WP)      : Patient left treatment team initial assessment
                             interview unexpectedly. More exploration needed. As
                             per admission note the patient grew up without a
                             father; he is single and has two children ages 4
                             and 3 (patient said their ages are 3 and 5 years
                             and that they are girls) living with patient's
                             mother and girlfriend. Patient eloped from school
                             from 9th grade and he was in special education. The
                             patient is in SSI.
Family History Categories: Other psychiatric illness
Version                    : retention documentation
Residence Selection : adult
ACS/APS Involvement : unable to assess
Historical Risk Factors: Suicide Hx: Imuplsive or reckless behavior,Major
                             mental illness or personality disorder
                             Violence Hx: History of violence,Psychiatric
                             hospitalizations,Recent violence,Violence
                             during prior psychiatric inpatient treatment
                             Suicide Risk Mitigation: Social network,
                             supports, or treatment,Unable to assess
Current Risk Factors     : Suicide Cr: Social isolation Violence Cr: Hostile
                             Self-Care: None of the indicators of poor
                             self-care

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-19N-14-B | Hale,Terrance | 3501306 | 3501306-1 | 27Y | M |

|  |  | Attending Physician | D.O.B. |
|---|---|---|---|
|  |  | Roth,Loren | 02/25/1986 |

------------------------------------------------------------------------
Unscheduled Discharge Summary-Psych IP -- cont'd
Admission Date       : Tue, 17 Apr 2012
Admitting Diagnosis : Paranoid type schizophrenia, chronic (295.32)
Hospital Course (WP): During his hospital stay, Mr. Hale was observed to be
                      irritable, guarded, isolative, and uncooperative. He
                      once received IM medication (Ativan 2mg and Prolixin
                      5mg) for agitated, threatening behavior in the early
                      morning hours of 4/18/12, while in CPEP. Though he
                      agreed to be interviewed later that morning, Mr. Hale
                      refused to answer most of the team's questions, and
                      after a short time left the interview. He denied all
                      psychiatric symptoms, and provided consent for the
                      treatment team to contact his mother and a psychiatrist
                      he had recently seen for an evaluation at St. Mark's
                      Clinic [please see HPI as well as attending note on
                      4/19 for info obtained from St. Mark's clinic]. Mr.
                      Hale continued to present as isolative, but was not
                      observed to engage in any self-injurious or assaultive
                      behaviors. He was able to follow staff directions, and
                      was compliant with medication. No overt symptoms of
                      psychosis were observed. Patient's thought process was
                      coherent and goal directed throughout his admission and
                      he voices wish to be discharged to arraignment in a
                      logical and rational manner. Patient remained in good
                      behavioral control while on 19N.  He ate at meals and
                      slept at night.  He was compliant with medication.

                      He will be discharged to NYPD custody - medication on
                      discharge is prolixin 5mg bid.

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|----------|--------------|----------------|--------------|-----|-----|
| DIS-19N-14-B | Hale,Terrance | 3501306 | 3501306-1 | 27Y | M |

| | | Attending Physician | D.O.B. |
|---|---|---------------------|--------|
| | | Roth,Loren | 02/25/1986 |

--------------------------------------------------------------------------------
Unscheduled Discharge Summary-Psych IP -- cont'd

| | | |
|---|---|---|
| Appearance | : | Appears stated age,Adequately dressed |
| Behavior | : | Hostile,Indifferent,Avoidant eye-contact |
| Speech | : | Normal rate,Normal volume |
| Thought Process | : | Goal directed |
| Thought Content | : | Normal content |
| Suicidal Ideation | : | No suicidal ideation |
| Aggressive Ideation | : | No aggressive or homicidal ideation |
| Perceptual Disorders | : | No perceptual disorders |
| Mood | : | Irritable |
| Affect | : | Constricted |
| Impulse Control | : | Intact impulse control |
| Cognitive Function | : | Alert |
| Insight | : | Impaired insight |
| Judgment | : | No grossly impaired judgment |

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | | Patient Number | Visit Number | Age | Sex |
|----------|--------------|---|----------------|--------------|-----|-----|
| DIS-19N-14-B | Hale,Terrance | | 3501306 | 3501306-1 | 27Y | M |
| | | | Attending Physician | | D.O.B. | |
| | | | Roth,Loren | | 02/25/1986 | |

--------------------------------------------------------------------------------
Unscheduled Discharge Summary-Psych IP -- cont'd

Formulation (WP)            : Mr. Terrance Hale is a 26-year-old, domiciled with
                             mother, African American man who is unemployed and on
                             SSI according to records, and unmarried with two
                             children (ages 3 and 5 according to patient). He has
                             a history of 5 or 6 psychiatric hospitalizations
                             including one state hospitalization since the age of
                             16/17, a history of a recent outpatient psychiatric
                             evaluation at St. Mark's Clinic, and a history of
                             multiple arrests for violent behavior, which led to
                             one state prison incarceration from 5/2007 - 3/2008
                             (charges of Assault). His substance use history is
                             presently unknown. The patient was arrested on or
                             about 4/17/12; according to records Mr. Hale's mother
                             called 911 seeking hospitalization for Mr. Hale, and
                             when police arrived Mr. Hale is alleged to have
                             stabbed a police officer in the temple, causing a
                             severe, penetrating injury requiring surgery. Mr.
                             Hale was taken to Metropolitan Hospital Center (MHC),
                             where he was observed to be internally preoccupied,
                             and referred for forensic psychiatric admission at
                             BHC on pre-arraignment status. At BHC CPEP, Mr. Hale
                             presented as sullen and irritable. While in CPEP Mr.
                             Hale initially refused to answer any questions, but
                             eventually stated that he has a past diagnosis of
                             paranoid schizophrenia, though he does not believe he
                             suffers from a mental illness. He denied all symptoms
                             of mental illness, including depressed mood,
                             AH/VH/SI/HI, and no delusions were elicited. He
                             provided that he asked his mother to call the
                             ambulance because he has not been able to sleep for
                             several days and was feeling exhausted. Also while in
                             CPEP, Mr. Hale became agitated and received Seroquel
                             100mg po, and later Ativan 2mg IM. The patient was
                             admitted to 19N, and there were no incidents
                             overnight.

                             On inpatient reassessment the morning of 4/18/12, Mr.
                             Hale's thought process was coherent and
                             goal-directed. He presented as irritable and
                             uncooperative, and with no overt signs of psychosis.

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-19N-14-B | Hale,Terrance | 3501306 | 3501306-1 | 27Y | M |

|  |  | Attending Physician | D.O.B. |
|---|---|---|---|
|  |  | Roth,Loren | 02/25/1986 |

-----------------------------------------------------------------------

Unscheduled Discharge Summary-Psych IP -- cont'd

Mr. Hale denied all symptoms of mental illness, including AH/VH/SI/HI, and depressed mood. He did provide that he has been "tired," and had not been sleeping well recently. Mr. Hale provided verbal consent for the treatment team to contact his mother and a psychiatrist he had recently seen for an evaluation at St. Mark's Clinic. The team was unable to conduct a complete and thorough interview and assessment of Mr. Hale, as he became irritable and left the room.

During his hospital stay, Mr. Hale was observed to be irritable, isolative, and uncooperative. He was not observed to engage in any self-injurious or assaultive behaviors. He was able to follow staff directions, and was compliant with medication.

Past records as well as collateral contact indicate a history of psychotic illness (paranoid schizophrenia/schizoaffective disorder), as well as aggressive, agitated behavior and paranoia. However, during his brief hospitalization Mr. Hale was not observed to demonstrate any overt symptoms of psychosis, thought disorder, or any other Axis I illness. He continued to be guarded, isolative, and uncooperative with the treatment team. Further, BHC CPEP clinicians assigned an Axis II diagnosis of Antisocial PD which is consistent with Mr. Hale's irritable and uncooperative presentation upon inpatient interview; this diagnosis should be considered as a differential. Pending his cooperation, a thorough diagnostic evaluation and continued risk assessment is warranted at a future date and time. At this time, patient is verbalizing wish to be discharged to arraignment in a coherent and goal-directed manner and is not observed to be endorsing acute psychiatric symptoms.

Patient's irritability and refusal to cooperate with the treatment team upon interview precluded a full

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-19N-14-B | Hale,Terrance | 3501306 | 3501306-1 | 27Y | M |

|  |  | Attending Physician | D.O.B. |  |  |
|---|---|---|---|---|---|
|  |  | Roth,Loren | 02/25/1986 |  |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Unscheduled Discharge Summary-Psych IP -- cont'd

and thorough risk assessment. The following is based
on the information presently available, and further
assessment is required. Regarding risk of harm to
self, Mr. Hale is presently at low to moderate risk.
He denies suicidal ideation and depressed mood, has
no known history of SI, self-injurious behaviors, or
suicide attempts (as per mother), and does not appear
to be withdrawing from substances or suffering from
untreated pain. Regarding risk of harm to others, Mr.
Hale is felt to be at high risk, and chronically so.
Although he currently denies aggressive/homicidal
ideation, the patient has a history of previous
violence beginning at a young age and including
violence while hospitalized (as per mother), has been
diagnosed with a psychotic illness in the past, may
have a personality disorder, lacks insight into his
illness, has recently been impulsive with low
frustration tolerance, has a history of
arrests/incarcerations and treatment non-compliance.
Patient is currently mildly irritable and hostile,
although calm. He has refused to answer most
questions to treatment team. Also according to the
patient's mother, he has a history of paranoid
thinking.

Plan:
-Patient currently calm, with no overt/acute symptoms
of psychosis, not thought disorder, and voicing wish
to be discharged to arraignment in a logical and
rational manner. Discharge patient to arraignment.
-Continue psychiatric medications - Prolixin 5mg bid
- patient's mother reports that he has a history of
diabetes, but he denied this; routine medical
monitoring.

| Axis I | : Unspecified psychosis |
|---|---|
| Axis II | : Diagnosis Deferred on Axis II |
| Axis III | : Routine general medical examination at a health care facility |
| Axis IV | : Problems related to interaction with the legal system/crime |

Fri, 23 Aug 13  1128                                    Page 14 of 54

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
                        Chart Review Print

Location            Patient Name            Patient Number    Visit Number    Age    Sex
DIS-19N-14-B        Hale,Terrance           3501306           3501306-1       27Y    M

                                            Attending Physician       D.O.B.
                                            Roth,Loren                02/25/1986

-----------------------------------------------------------------------------------
   Unscheduled Discharge Summary-Psych IP -- cont'd
Axis V                      : current 55
Discharge Diagnosis         : Unspecified psychosis
Housing Type                : Correctional
Housing Specific            : NYPD
Aftercare Type              : Follow-up Onsite
Aftercare Specific          : Riker's MHC, pt very likely to be housed at
                              Rikers after arraignment
Pt Agrees with Dispo        : patient agrees with disposition
Family/Oth Invlvd in Dispo: family/other involved in disposition
Family/Oth Invlvd Contact : Patient's mother: Vearry Hale Tel. (917) 309-4085
                              and (212) 426-2123
Discharge Documentation        : now
Multiple Antipsychotics        : One antipsychotic agent
Attending Discharge Signature  : i have reviewed and agree with the
                                 discharge summary
-----------------------------------------------------------------------------------
Location            Patient Name            Patient Number    Visit Number    Age    Sex
DIS-19N-14-A        Hale,Terrance           3501306           3501306-2       27Y    M

                                            Attending Physician       D.O.B.
                                            Roth,Loren                02/25/1986

-----------------------------------------------------------------------------------
   Unscheduled Discharge Summary-Psych IP
Event Time: Mon, 30 Apr 12  1009                Status: corrected

Mon, 30 Apr 12  1428    Documented by Loren Roth, MD

Start Time of IP Assmnt: 23 Apr 12  1015
Source of Referral     : Jail, lockup, penetentiary, or DOC-state
Sources of Information : Patient,Facility computerized records,Referral letter
Barriers to Assessment : Psychosis or confusion
Consenting Party       : patient consents or involuntary treatment
Preferred Language(s): English

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-19N-14-A | Hale,Terrance | 3501306 | 3501306-2 | 27Y | M |

| | | Attending Physician | D.O.B. |
|---|---|---|---|
| | | Roth,Loren | 02/25/1986 |

-------------------------------------------------------------------------

Unscheduled Discharge Summary-Psych IP -- cont'd

Chief Complaint                 : Evaluation of symptoms of psychosis
History of Present Illness (WP): The patient is a 26-year-old African
                                  American male, previously domiciled with his
                                  mother, unemployed on SSI, unmarried with
                                  two children (ages 3 and 5), currently
                                  incarcerated at Rikers for allegedly
                                  stabbing an NYPD officer in the head after
                                  NYPD responded to a 911 call from his
                                  mother, with a reported history of a
                                  diagnosis of schizophrenia, paranoid type,
                                  multiple past hospitalizations including
                                  state hospitalization, a known history of
                                  multiple arrests  for violent behaviors,
                                  recently discharged from 19 N on 4/20, PMH
                                  of DMII, who was referred from Rikers today
                                  for psychiatric evaluation in the context of
                                  reported symptoms of psychosis. As per his
                                  referral letter from Rikers, since his
                                  return the patient has demonstrated
                                  prominent thought blocking, distractibility,
                                  and paranoia, as well as homicidal ideation
                                  with no plan.  Prior to his transfer from
                                  Rikers today, additional collateral was also
                                  obtained from Rikers psychiatrist, Dr.
                                  Simpson, who informed Bellevue staff that
                                  the patient expressed paranoid ideation that
                                  the COs wanted to harm him.

                                  On interview the patient was noted to
                                  demonstrate an inappropriately flattened
                                  affect, with a paucity of speech, and what
                                  appeared to be thought blocking.  He also
                                  appeared somewhat internally preoccupied at
                                  times, with periods where he appeared to
                                  lose focus on the conversation, requiring
                                  that questions be asked multiple times.  He
                                  reports that since he has returned to Rikers
                                  he has been compliant with the Prolixin that
                                  was started at Bellevue, and denies having
                                  any difficulty or safety concerns with

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-19N-14-A | Hale,Terrance | 3501306 | 3501306-2 | 27Y | M |

| | | Attending Physician | D.O.B. |
|---|---|---|---|
| | | Roth,Loren | 02/25/1986 |

--------------------------------------------------------------------

Unscheduled Discharge Summary-Psych IP -- cont'd

either other inmates or with DCC staff.  He
denies current or recent AH, VH, IOR,
symptoms of mania or depression.  He also
denies SI and HI, with no reported thoughts
to harm himself or others. He reports that
he has difficulty sleeping at night,
sleeping only several hours a night.  With
regard to his medications he reports that he
feels that they historically have been
helpful for keeping him "relaxed".

Inpatient reassessment:
Pt is known to me from his 2 day admission
on 19N last week.  Today he appeared more
oddly related than last week, when he had
appeared apathetic.  Today he demonstrated
odd/inappropriate smiling - "I feel good!"
he said with a grin, which is inappropriate
to the current situation.  He confirmed that
he needs to be on meds and that they help
him, although 'I can't say what the meds
do...'  He asked for clothes, lamenting the
fact that he has no underwear and making
plans to have his mother bring clothes.  I
asked about his hx of DM; he said little
about it, but did answer 'no' when I asked
if he'd had medical admissions in the past
for DM.

Pt was given psychoed on safe behavior on
the unit.  He is aware of his next court
date, 5/17.

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-19N-14-A | Hale,Terrance | 3501306 | 3501306-2 | 27Y | M |

|  |  | Attending Physician |  | D.O.B. |  |
|---|---|---|---|---|---|
|  |  | Roth,Loren |  | 02/25/1986 |  |

---------------------------------------------------------------------------

Unscheduled Discharge Summary-Psych IP -- cont'd

Prior Mental Health Srvcs : Outpatient mental health provider,Psychiatric
                             inpatient unit,State psychiatric hospital
AOT Status               : no aot involvement
High Risk Psychiatric Hx : Violence or endangering others,Arrest or
                             incarceration,Treatment noncompliance
Psychopharm History      : Drug Name: prolixin Dosage and Compliance:
                             5mg bid
                           Drug Name: latuda Dosage and Compliance: up
                             to 80mg daily
                           Drug Name: depakote
                           Drug Name: cogentin
Past Psychiatric History (WP): As per chart review from 4/17 admission to 19
                             N - Collateral from the patient's mother, Mrs
                             Hale:

                             "She stated that she first noticed that he
                             needed mental health treatment when Mr. Hale
                             was 16/17, and that he was "arguing, acting
                             out, angry, and thought that people were after
                             him." She also described him as cutting
                             himself off from friends around this time.
                             Mrs. Hale reported that Mr. Hale carries a
                             diagnosis of "bipolar schizophrenia," and that
                             her brother has "the same thing." She further
                             provided that Mr. Hale was first hospitalized
                             at around 16/17 at Mount Sinai MC, and that he
                             has had 5 or 6 subsequent hospitalizations,
                             including one at Rockland Psychiatric Center.
                             When questioned about the incidents that
                             prompted these hospitalizations, Mrs. Hale
                             described agitated, aggressive, and paranoid
                             behavior. She also stated that Mr. Hale has
                             become violent while in psychiatric hospitals.
                             Mrs. Hale stated that the patient has been
                             arrested multiple times, probably for the
                             first time around 2002, typically for
                             "fighting." She stated that he has never been
                             sentenced/mandated to any kind of treatment
                             program, and has never received AOT"

Case 1:15-cv-05115-LAP   Document 9-1   Filed 02/10/17   Page 27 of 76

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
                              Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|----------|--------------|----------------|--------------|-----|-----|
| DIS-19N-14-A | Hale,Terrance | 3501306 | 3501306-2 | 27Y | M |

|  |  | Attending Physician | D.O.B. |
|--|--|---------------------|--------|
|  |  | Roth,Loren | 02/25/1986 |

------------------------------------------------------------------------

Unscheduled Discharge Summary-Psych IP -- cont'd

With regard to his recent symptoms that led to
his hospitalization on 4/17:

"Mrs. Hale explained that Mr. Hale has a
history of psychiatric medications that
includes Thorazine, Depakote, and a medication
to combat "shaking," and he has presently been
taking Latuda 80mg. He had recently been
prescribed Latuda 40mg by Dr. Nunes at the St.
Mark's Clinic, but Mrs. Hale felt that this
was not adequate, and began giving her son the
medication of a stronger dosage that was left
over from a previous prescription. Mrs. Hale
stated that Mr. Hale was "fine" and "happy"
until around Easter approximately 2 weeks ago.
She explained that he was "withdrawn," "sad,"
and "not sleeping." She explained that he
would take 4-5 hour "catnaps" each day, and
that she would give him leftover Trazodone
that he was prescribed at one time"

Patient was previously followed by Dr. Nunes
at St. Mark's Clinic, for outpatient
treatment, where he was diagnosed with
schizophrenia.  Past medication trials have
included Prolixin, Cogentin, Depakote,
Thorazine, Haldol, and Latuda.

While hospitalized on 19N, Mr. Hale was
reportedly irritable, guarded, isolative and
uncooperative.  No dangerous behaviors were
observed, nor were any overt symptoms of
psychosis.  Prolixin 5 mg twice daily was
restarted which the patient was compliant with.

Case 1:15-cv-05115-LAP   Document 9-1   Filed 02/10/17   Page 28 of 76

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|----------|--------------|----------------|--------------|-----|-----|
| DIS-19N-14-A | Hale,Terrance | 3501306 | 3501306-2 | 27Y | M |

Attending Physician          D.O.B.
Roth,Loren                   02/25/1986

-----------------------------------------------------------------------
Unscheduled Discharge Summary-Psych IP -- cont'd
Substances of Abuse        : Cannabis (Marijuana) still using First: unk
                             Last: days-wks before admission [utox
                             pos for THC]
                             Alcohol (Ethanol, etc.) still using
Complicated Withdrawal     : Unable to assess
Effects of Substance Use   : Unable to assess
Chemical Abuse History (WP): Patient reports that he formerly smoked cannabis
                             several times a week, and routinely consumed
                             etoh on weekends.
Abuse History            : unable to assess
Current Effects of Abuse : Unable to assess
Developmental Hx (WP)    : As per chart review

                             "As per admission note the patient grew up without
                             a father; he is single and has two children ages 4
                             and 3 (patient said their ages are 3 and 5 years
                             and that they are girls) living with patient's
                             mother and girlfriend. Patient eloped from school
                             from 9th grade and he was in special education. The
                             patient is in SSI."
Family History Categories: Unable to assess
Version                  : retention documentation
Residence Selection : adult
ACS/APS Involvement : unable to assess
Historical Risk Factors: Suicide Hx: Recent discharge from psychiatric
                         admission,Impulsive or reckless behavior
                         Violence Hx: History of arrest, DWI, or
                         moving violations,History of violence
                         Suicide Risk Mitigation: Social network,
                         supports, or treatment
Current Risk Factors     : Suicide Cr: Social isolation Violence Cr: Hostile
                         Self-Care: None of the indicators of poor
                         self-care

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|----------|--------------|----------------|--------------|-----|-----|
| DIS-19N-14-A | Hale,Terrance | 3501306 | 3501306-2 | 27Y | M |

|  |  | Attending Physician | D.O.B. |
|--|--|---------------------|--------|
|  |  | Roth,Loren | 02/25/1986 |

-------------------------------------------------------------------------

Unscheduled Discharge Summary-Psych IP -- cont'd
Admission Date     : Sat, 21 Apr 2012
Admitting Diagnosis : Paranoid type schizophrenia, chronic (295.32)
Hospital Course (WP): Pt was admitted on a Saturday, approximately 24 hrs
                      after having left 19N for arraignment.  On reassessment
                      with MD on 19N on Monday April 23rd, the pt had an
                      affect that was more inappropriate than what had been
                      observed before.  He was laughing inappropriately.
                      However, he was generally goal directed in TP and was
                      not agitated.  He remained irritable and not engaged
                      with treatment team, that day and throughout this
                      admission, as he had been here the week before.

                      The inappropriate affect was not observed after Monday
                      4/23.  In fact, there were no other psychotic sx or
                      other sx of major mental illness observed in the
                      remainder of this admission.  The pt was generally
                      isolative and spent a lot of time in bed.  He did not
                      attend grps although did go to the rec room a couple
                      times.  He was compliant with medication.  He got IM
                      medication on 2 occasions, both of which were felt to
                      be incidents related to poor frustration tolerance and
                      poor impulse control, not to psychosis or mania.  On
                      one occasion, it was related to phone use, and on
                      another occasion, it was related to pt's frustration
                      that his tray came up from the kitchen late.  In the
                      latter incident, he was threatening and threw his tray
                      on the floor.

                      The pt did not require 1:1 observation at any time.  He
                      was generally irritable with MD [but did not lose
                      behavioral control] and showed disinterest in
                      treatment.  He confirmed that medication helped him
                      stay calm but did not report any specific sx or ask for
                      help with any other problems.  On one occasion, he
                      asked to see MD with MHLS.  Pt expressed a wish to
                      leave Bellevue and return to Rikers, although he also
                      expressed superficial willingness to comply with tx
                      plan in the hospital in the meantime, until discharge
                      occurs.

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-19N-14-A | Hale,Terrance | 3501306 | 3501306-2 | 27Y | M |

| | Attending Physician | D.O.B. |
|---|---|---|
| | Roth,Loren | 02/25/1986 |

--------------------------------------------------------------------------------

Unscheduled Discharge Summary-Psych IP -- cont'd

Pt and/or his mother had reported a hx of DM, but lab
work showed normal A1C [5.3%] and normal fasting
glucose.  Lft's were mildly elevated.  GGT was elevated
on admission at 99.

Pt's mother was very involved in her son's admission,
making frequent calls to treatment team members and
MHLS.  She was concerned that the pt was not getting
adequate food [on a high cal diet] and that his
visiting hours were different than other pts [she
reportedly spoke to a DOC captain about this].   She
reported that he had eczema and needed treatment, but
the pt denied having problems with this and did not
want treatment for any skin issues.  She expressed
concern that the pt was dehydrated; his pulse is mildly
elevated in the 90s to 101, but his BUN/creat are
normal as of day of discharge.  He eats at meals and
does not appear medically ill or medically
decompensated.

In summary, pt was not noted to have any psychotic sx
during this admission.  He did not show poor self care,
disorg'n, internal preoccupation, mania, or self
injurious behavior.  Pt has expressed a wish to leave
the hospital and is not felt be meet criteria for
involuntary commitment at this time.

Pt will be discharged on
Prolixin 5mg BID
Depakote 500mg q-am and 1000mg at bedtime - depakote
level was 91.7 on day of discharge
Klonopin 1mg TID
Trazodone 100mg daily
Cogentin 1mg at bedtime
Please follow LFTs as they are mildly elevated [55 and
67] on day of discharge

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-19N-14-A | Hale,Terrance | 3501306 | 3501306-2 | 27Y | M |

Attending Physician         D.O.B.
Roth,Loren                   02/25/1986

-----------------------------------------------------------------------

  Unscheduled Discharge Summary-Psych IP -- cont'd
Appearance            : Appears stated age,Adequately dressed
Behavior              : Hostile,Indifferent,Avoidant eye-contact
Speech                : Normal rate,Soft
Thought Process       : Goal directed
Thought Content       : Normal content
Suicidal Ideation     : No suicidal ideation
Aggressive Ideation   : No aggressive or homicidal ideation
Perceptual Disorders  : No perceptual disorders
Mood                  : Irritable
Affect                : Constricted,Stable affect
Impulse Control       : Intact impulse control
Cognitive Function    : Alert
Insight               : No grossly impaired insight
Judgment              : Impaired judgment

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| <u>Location</u> | <u>Patient Name</u> | <u>Patient Number</u> | <u>Visit Number</u> | <u>Age</u> | <u>Sex</u> |
|---|---|---|---|---|---|
| DIS-19N-14-A | Hale,Terrance | 3501306 | 3501306-2 | 27Y | M |

|  |  | <u>Attending Physician</u> | <u>D.O.B.</u> |
|---|---|---|---|
|  |  | Roth,Loren | 02/25/1986 |

------------------------------------------------------------------------

Unscheduled Discharge Summary-Psych IP -- cont'd
Formulation (WP)        :   26 yo single AAM, father of 2 girls, who was
                            domiciled with his mother, on SSI with hx of psych
                            illness and mult prior hospns, hx of arrest and
                            prison time in the past for assault, arrested for
                            multiple felonies stemming from an incident with the
                            police in which the pt allegedly stabbed a police
                            officer.  The pt was on 19N as a pre-arraignment
                            prisoner, arraigned, went to Rikers and then referred
                            back to Bellevue on 4/21 because of concerns about
                            psychotic sx.

                            On readmission interview with 19N MD on 4/23, pt was
                            more oddly related than the prior week, with
                            inappropriate smiling.  He did not give much
                            history.  After the interview he showed poor impulse
                            control and lunged at another pt.  In the remainder
                            of the hospitalization, pt did not show any grossly
                            inappropriate behavior or sx.  He did not appear
                            disorg'd, internally preoccupied, manic, depressed,
                            or unable to care for himself.  He did appear
                            irritable and disinterested in treatment.  He
                            expressed a wish to leave the hospital.

                            Risk of harm to others is felt to be chronically
                            moderate to high.  Pt has hx of violence and arrest,
                            with unpredictable behavior during this admission [2
                            doses of IM medication] and little communication with
                            tx team.  However, pt has been compliant with
                            medication and pt has not actually been violent
                            during this admission.  Pt denies plans to hurt self
                            and has not had recent self injurious behavior; risk
                            of harm to self is considered low to moderate.  Pt
                            has social isolation and psych illness, both of which
                            raise his overall risk.  Pt has a supportive mother
                            who is quite involved in his care here.

                            Diagnosis by hx [and according to what was observed
                            at Rikers and by admitting MD in CPES] is a psychotic
                            d/o, although collateral info obtained from a prior
                            provider [during last admission 4/18-4/20] was not

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|----------|--------------|----------------|--------------|-----|-----|
| DIS-19N-14-A | Hale,Terrance | 3501306 | 3501306-2 | 27Y | M |

|  |  | Attending Physician | D.O.B. |
|--|--|---------------------|--------|
|  |  | Roth,Loren | 02/25/1986 |

--------------------------------------------------------------------

Unscheduled Discharge Summary-Psych IP -- cont'd

          illustrative regarding why pt has dx of psychotic d/o
and why he has been hosp'd in the past.  Poor impulse
control does seem to be a component of pt's
presentation, both past and present.

Please see discharge medication list in Hosp Course
section.

Axis I              : Paranoid type schizophrenia, chronic
Axis II             : Diagnosis Deferred on Axis II
Axis III            : Routine general medical examination at a health
                      care facility
Axis IV             : Problems related to interaction with the legal
                      system/crime,Problems with access to health care
                      services
Axis V              : current 40
Discharge Diagnosis : Unspecified psychosis
Housing Type           : Correctional
Housing Specific       : Rikers AMKC
Aftercare Type         : Follow-up Onsite
Pt Agrees with Dispo   : patient agrees with disposition
Family/Oth Invlvd in Dispo: family/other involved in disposition
Family/Oth Invlvd Contact : pt's mother Ms. Hale 917 309 4085
Discharge Documentation       : later
Attending Discharge Signature : i have reviewed and agree with the
                                discharge summary

--------------------------------------------------------------------

Fri, 23 Aug 13  1128

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| <u>Location</u> | <u>Patient Name</u> | <u>Patient Number</u> | <u>Visit Number</u> | <u>Age</u> | <u>Sex</u> |
|---|---|---|---|---|---|
| DIS-19W-62-A | Hale,Terrance | 3501306 | 3501306-3 | 27Y | M |

                                        <u>Attending Physician</u>      <u>D.O.B.</u>
                                        Konrad,Steven           02/25/1986

-------------------------------------------------------------------------------

  Unscheduled Discharge Summary-Psych IP
  Event Time: Mon, 02 Jul 12  1348            Status: complete

Mon, 02 Jul 12  1350   Documented by Steven Konrad, MD

Start Time of IP Assmnt: 20 Jun 12  1030
Source of Referral    : Jail, lockup, penetentiary, or DOC-state
Sources of Information : Patient,Facility computerized records,Referral letter
Barriers to Assessment : None
Consenting Party      : patient consents or involuntary treatment
Preferred Language(s): English

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-19W-62-A | Hale,Terrance | 3501306 | 3501306-3 | 27Y | M |

| | | Attending Physician | D.O.B. |
|---|---|---|---|
| | | Konrad,Steven | 02/25/1986 |

-------------------------------------------------------------------

Unscheduled Discharge Summary-Psych IP -- cont'd
Chief Complaint                    : "I'm feeling sick mentally"
History of Present Illness (WP): ON ADMISSION 6/19/12:
                                  26 yo AAM with reported hx of schizophrenia
                                  and prior inpat treatment, arrested in april
                                  2012 for alleged attempted murder of an
                                  officer [stabbing] who was called to his
                                  home by him and/or his mother, admitted in
                                  April while under NYPD custody to 19N,
                                  referred back to Bellevue because of
                                  concerns about agitation and lability. The
                                  pt was treated for a few days on 19N after
                                  the arrest, then was discharged to
                                  arraignment, then was returned to Bellevue
                                  approx 24 hrs later for agitation. He was
                                  readmitted to 19N where he remained for 9
                                  days. During that time he had 2 doses of IM
                                  medication for behavior which was felt to be
                                  related to poor impulse control but not
                                  necessarily psychosis. Pt was noted at times
                                  to be oddly related and laughing to himself.
                                  He was eventually discharged on april 30 at
                                  his own request when he had shown calm
                                  behavior. He has been at Rikers since then.
                                  Meds at Rikers are currently Prolixin 5mg
                                  bid, buspar 5mg bid, Cogentin 1mg bid,
                                  Depakote 500mg qam and 1000mg at bedtime,
                                  Trazodone 100mg at bedtime. On this
                                  interview, pt is very quiet and stern,
                                  answering questions coherently and in a
                                  terse manner with poor eye contact. He
                                  admits upon questioning that he became
                                  'upset' after a conversation 'with my
                                  family' - clarification reveals that he is
                                  in fact referring to his mother, with whom
                                  it seems he has a complicated relationship
                                  [she frequently called 19N last time and
                                  also reportedly calls doctors at Rikers in
                                  the recent past]. Pt would not elaborate on
                                  how he acted when he was 'upset', but
                                  referral indicates that 'he has been

Fri, 23 Aug 13   1128

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-19W-62-A | Hale,Terrance | 3501306 | 3501306-3 | 27Y | M |

| | | Attending Physician | D.O.B. |
|---|---|---|---|
| | | Konrad,Steven | 02/25/1986 |

-----------------------------------------------------------------------

Unscheduled Discharge Summary-Psych IP -- cont'd
extremely labile, ... they had to lock down
his cell area due to an angry outburst where
he threatened all the other patients in his
housing area.' Asked if felt that his being
'upset' was related to his illness [he
endorses having an illness], he said no, he
thought it was about losing his temper. He
confirms that he does, in fact, want help in
being on medication that will help him
control his temper. Of note, he feels he
should not be 'blamed' for his temper, as
'it's the doctor's fault for not putting me
on the right medication.' Pt denies SI, HI
and AVH, although he does report that, at
times, he wonders if perhaps he should not
be alive. His next court date is July 11 and
he appears apathetic about that, as though
he has some hopelessness about the
situation. He reports his sleep has been
difficult and he has not been eating well
[reason: he has been moved from one housing
area to another recently, and he states that
when that happens, other inmates tend to
take your food when you're new to the
housing area]. Pt signed in 9.13 and agreed
to get labwork and ekg done.

INPATIENT REASSESSMENT 6/20/12:
Since arriving on 19W last night, Mr. Hale
has been calm and quiet, noted to be
somewhat affectively flat.  On interview
with his primary team this morning, he was
much the same as on admission.  He was
terse, irritable, guarded, required
significant encouragement to elaborate on
his responses, nevertheless was coherent,
logical, goal-directed.  The content of his
statements was mainly remarkable for
externalization and an oppositional stance.
He said he was hospitalized because he is

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-19W-62-A | Hale,Terrance | 3501306 | 3501306-3 | 27Y | M |

| | | Attending Physician | D.O.B. |
|---|---|---|---|
| | | Konrad,Steven | 02/25/1986 |

---------------------------------------------------------------------------

Unscheduled Discharge Summary-Psych IP -- cont'd

"feeling sick mentally" and when asked what
he was experiencing said it was "just
thoughts... I'm upset, depressed,
stressed." When asked what had been
upsetting him, he explained that things were
not going well for him at Rikers because
"they keep moving me, like they want to piss
me off or something. Why can't they just
leave me alone?" However, when pressed, he
admitted that he had been moved to a cell
recently, which he prefers over the dorm
setting, then could not explain why he was
so upset about being moved if he likes where
he was moved to. He also complained that he
had not been told what medications he was
prescribed. He made vague statements about
feeling that his medications are not
working, but could not explain what symptoms
in particular he feels could be better
treated. When confronted with information
from the referral letter indicating he had
been labile and threatening at Rikers, he
denied this and asserted "they're lying...
they're always lying on me" and went on to
speak about the ways in which "they" were
trying to provoke him at Rikers "to make me
catch a new charge." He denied thoughts of
self-harm or violence, denied current
hallucinations, did not voice any frankly
delusional material, however as the
interview progressed he began to make
statements about people hating him and
wanting to kill him (however, this may be
reality based as the nature of his charge
places him at risk of being targeted by
other inmates and possibly DOC staff at
Rikers, and he is in fact on a DOC 1:1
presumably for this reason), and about being
like Jesus Christ (but not being Jesus
Christ himself) and dying for his family.

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | | Patient Number | Visit Number | Age | Sex |
|----------|--------------|---|----------------|--------------|-----|-----|
| DIS-19W-62-A | Hale,Terrance | | 3501306 | 3501306-3 | 27Y | M |

Attending Physician      D.O.B.
Konrad,Steven            02/25/1986

------------------------------------------------------------------------

Unscheduled Discharge Summary-Psych IP -- cont'd

He specifically stated that he would never
kill himself, but that "I'm just waiting for
someone to do it for me." Other than
paranoid-sounding statements and a guarded
stance that may or may not reflect
underlying paranoia, there were no clear
objective indicators of acute mania,
neurovegetative depression, or active
psychosis, and on the basis of this initial
interaction with the patient he appeared
capable of controlling his behavior when
motivated to do so.  He did not
spontaneously mention his legal situation or
his family as stressors, did not mention a
stressful phone call with his mother, and
refused to discuss his feelings about those
issues when asked.  While he did agree that
he wants to be in the hospital "for help,"
he could not explain what kind of help he
would like.

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|----------|--------------|----------------|--------------|-----|-----|
| DIS-19W-62-A | Hale,Terrance | 3501306 | 3501306-3 | 27Y | M |

|  |  | Attending Physician | D.O.B. |
|--|--|---------------------|--------|
|  |  | Konrad,Steven | 02/25/1986 |

------------------------------------------------------------------------

Unscheduled Discharge Summary-Psych IP -- cont'd

Prior Mental Health Srvcs       : Outpatient mental health provider,Psychiatric
                                  inpatient unit,State psychiatric hospital

AOT Status                      : no aot involvement

High Risk Psychiatric Hx        : Violence or endangering others,Arrest or
                                  incarceration,Treatment noncompliance

Psychopharm History             : Drug Name: prolixin Dosage and Compliance:
                                    5mg bid
                                  Drug Name: latuda Dosage and Compliance: up
                                    to 80mg daily
                                  Drug Name: depakote
                                  Drug Name: cogentin

Past Psychiatric History (WP):  As per chart review from 4/17 admission to 19
                                N - Collateral from the patient's mother, Mrs
                                Hale:

                                "She stated that she first noticed that he
                                needed mental health treatment when Mr. Hale
                                was 16/17, and that he was "arguing, acting
                                out, angry, and thought that people were after
                                him." She also described him as cutting
                                himself off from friends around this time.
                                Mrs. Hale reported that Mr. Hale carries a
                                diagnosis of "bipolar schizophrenia," and that
                                her brother has "the same thing." She further
                                provided that Mr. Hale was first hospitalized
                                at around 16/17 at Mount Sinai NC, and that he
                                has had 5 or 6 subsequent hospitalizations,
                                including one at Rockland Psychiatric Center.
                                When questioned about the incidents that
                                prompted these hospitalizations, Mrs. Hale
                                described agitated, aggressive, and paranoid
                                behavior. She also stated that Mr. Hale has
                                become violent while in psychiatric hospitals.
                                Mrs. Hale stated that the patient has been
                                arrested multiple times, probably for the
                                first time around 2002, typically for
                                "fighting." She stated that he has never been
                                sentenced/mandated to any kind of treatment
                                program, and has never received AOT"

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-19W-62-A | Hale,Terrance | 3501306 | 3501306-3 | 27Y | M |

|  |  | Attending Physician | D.O.B. |
|---|---|---|---|
|  |  | Konrad,Steven | 02/25/1986 |

------------------------------------------------------------------------

Unscheduled Discharge Summary-Psych IP -- cont'd

With regard to his recent symptoms that led to
his hospitalization on 4/17:

"Mrs. Hale explained that Mr. Hale has a
history of psychiatric medications that
includes Thorazine, Depakote, and a medication
to combat "shaking," and he has presently been
taking Latuda 80mg. He had recently been
prescribed Latuda 40mg by Dr. Nunes at the St.
Mark's Clinic, but Mrs. Hale felt that this
was not adequate, and began giving her son the
medication of a stronger dosage that was left
over from a previous prescription. Mrs. Hale
stated that Mr. Hale was "fine" and "happy"
until around Easter approximately 2 weeks ago.
She explained that he was "withdrawn," "sad,"
and "not sleeping." She explained that he
would take 4-5 hour "catnaps" each day, and
that she would give him leftover Trazodone
that he was prescribed at one time"

Patient was previously followed by Dr. Nunes
at St. Mark's Clinic, for outpatient
treatment, where he was diagnosed with
schizophrenia.  Past medication trials have
included Prolixin, Cogentin, Depakote,
Thorazine, Haldol, and Latuda.

While hospitalized on 19N, Mr. Hale was
reportedly irritable, guarded, isolative and
uncooperative.  No dangerous behaviors were
observed, nor were any overt symptoms of
psychosis.  Prolixin 5 mg twice daily was
restarted which the patient was compliant with.

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-19W-62-A | Hale,Terrance | 3501306 | 3501306-3 | 27Y | M |

Attending Physician   D.O.B.
Konrad,Steven         02/25/1986

------------------------------------------------------------------------

Unscheduled Discharge Summary-Psych IP -- cont'd
Substances of Abuse          : Cannabis (Marijuana) still using First: unk
                               Last: days-wks before admission [utox
                               pos for THC]
                               Alcohol (Ethanol, etc.) still using
Complicated Withdrawal       : Unable to assess
Effects of Substance Use     : Unable to assess
Chemical Abuse History (WP): Patient reports that he formerly smoked cannabis
                             several times a week, and routinely consumed
                             etoh on weekends.

Abuse History              : unable to assess
Current Effects of Abuse: Unable to assess
Developmental Hx (WP)      : As per chart review

                           "As per admission note the patient grew up without
                           a father; he is single and has two children ages 4
                           and 3 (patient said their ages are 3 and 5 years
                           and that they are girls) living with patient's
                           mother and girlfriend. Patient eloped from school
                           from 9th grade and he was in special education. The
                           patient is in SSI."
Family History Categories: Unable to assess
Version                  : retention documentation
Residence Selection : adult
ACS/APS Involvement : unable to assess
Historical Risk Factors: Suicide Hx: Chemical abuse or dependency (current
                             or past),Impulsive or reckless
                             behavior,Major mental illness or personality
                             disorder,Past suicidal ideation,Relationship
                             instability Violence Hx: Chemical abuse or
                             dependency,History of arrest, DWI, or moving
                             violations,History of violence,Psychiatric
                             hospitalizations,Unemployment or repeated
                             job losses,Violence during prior psychiatric
                             inpatient treatment Suicide Risk Mitigation:
                             Reality testing ability
Current Risk Factors     : Suicide Cr: None of the listed suicide risk
                             factors Violence Cr: None of the listed
                             violence risk factors

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-19W-62-A | Hale,Terrance | 3501306 | 3501306-3 | 27Y | M |

| | | Attending Physician | D.O.B. |
|---|---|---|---|
| | | Konrad,Steven | 02/25/1986 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Unscheduled Discharge Summary-Psych IP -- cont'd
Admission Date        : Tue, 19 Jun 2012
Admitting Diagnosis : Adjustment disorder with mixed disturbance of emotions
                      and conduct (309.4)
Hospital Course (WP):  Mr. Hale was referred from Rikers on 6/19/12 due to
                      concerns about agitation, lability, and threatening
                      behavior at AMKC.  On admission evaluation he was
                      logical and coherent but terse.  He admitted to "losing
                      his temper" due to what he described as repeated
                      housing changes at Rikers, and expressed wanting to be
                      on medications that better controlled his temper.  He
                      appeared apathetic about his court case and voiced
                      eating and sleeping disturbances, also related to
                      housing changes at Rikers.  He denied thoughts of
                      self-harm or violence, denied hallucinations.  He
                      agreed to voluntary admission to 19W.  His medications
                      at Rikers were listed as Prolixin 5mg bid, Buspar 5mg
                      bid, Cogentin 1mg bid, Depakote 500mg qam and 1000mg at
                      bedtime, trazodone 100mg at bedtime, and these were
                      restarted on admission.  He has been accepting these
                      medications.

                      On inpatient reassessment on 6/20/12, Mr. Hale was
                      terse, irritable, guarded, required significant
                      encouragement to elaborate on his responses,
                      nevertheless was coherent, logical, goal-directed.  The
                      content of his statements was mainly remarkable for
                      externalization and an oppositional stance.  He again
                      denied thoughts of self-harm or violence, denied
                      current hallucinations, and did not voice any frankly
                      delusional material, however as the interview
                      progressed he began to make statements about people
                      hating him and wanting to kill him, about DOC and other
                      inmates trying to provoke him, and about being like
                      Jesus Christ (but not being Jesus Christ himself) and
                      dying for his family.  He specifically stated that he
                      would never kill himself, but that "I'm just waiting
                      for someone to do it for me."  Other than these
                      paranoid-sounding statements and his guarded stance,
                      there were no clear objective indicators of acute
                      mania, psychosis, or neurovegetative depression.  He

**Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print**

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-19W-62-A | Hale,Terrance | 3501306 | 3501306-3 | 27Y | M |

| | | Attending Physician | D.O.B. | | |
|---|---|---|---|---|---|
| | | Konrad,Steven | 02/25/1986 | | |

--------------------------------------------------------------------------

Unscheduled Discharge Summary-Psych IP -- cont'd
voiced feeling "sick mentally" and wanting his
medications to be adjusted to better target his
symptoms, but had difficulty elaborating on what he
specifically wanted help with.

On the afternoon of 6/21/12, Mr. Hale stated he felt
like "punching someone in the face," but was calm after
receiving prn medications.  On 6/22/12, he was observed
by staff pacing angrily in the hallway, pushing past
and throwing elbows at peers and staff, and had an
angry confrontation with a disorganized peer.  Staff
who intervened and spoke with him reported that he felt
that the hospital staff were in league with DOC staff
in trying to provoke him.  He expressed feeling
frustrated about being in the hospital and about his
legal situation, and wanting to return to Rikers for
more food and greater freedom of movement, but agreed
to stay for further treatment.  He continued to appear
tense over the weekend but was less irritable and more
verbal with peers and staff, and was able to request
prn medication on Sunday.  On 6/25/12, he was able to
tolerate a long discussion with his primary therapist
about the reasons for his repeated presentations to
Bellevue and about continuing his stay in order to work
on how to cope with his situation at Rikers given the
nature of his legal case, and he said he would consider
this.  He was oddly related, with an odd smile, but not
overtly psychotic, manic, or depressed.

During his second week of admission, Mr. Hale was
minimally engaged with staff.  When approached, he
responded tersely to questions, generally denied any
complaints, at times spoke about feelings of
frustration around his incarceration and legal
situation but declined to meet for psychotherapy
sessions to address his coping skills, and frequently
asked to be left alone.  He was noted to enjoy
recreational groups, but did not attend any therapeutic
groups despite encouragement.  At times he was more
irritable, but at other times he was observed with an

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-19W-62-A | Hale,Terrance | 3501306 | 3501306-3 | 27Y | M |

Attending Physician          D.O.B.
Konrad,Steven                02/25/1986

------------------------------------------------------------------------

Unscheduled Discharge Summary-Psych IP -- cont'd

odd smile.  He continued to be free of any overt signs
of psychosis, mania, or depression.  He accepted his
standing medications and requested prn medications
infrequently.  There were no behavioral incidents, and
he was able to calmly relate to his treatment team that
he wished to return to Rikers so that he could have
greater freedom of movement and because he felt that
would help him move forward with his legal case.  By
7/1/12 Mr. Hale was assessed to be stable for stepdown
to outpatient management at Rikers Island, and was
discharged to AMKC.

Medications on discharge:
Depakote 500mg am/1000mg pm   (VPA level on 6/26 = 129)
Prolixin 5mg twice daily
Buspar 7.5mg twice daily
Cogentin 1mg twice daily
trazodone 150mg at bedtime

| | |
|---|---|
| Appearance | : Appears stated age,Adequately dressed,Adequate grooming |
| Behavior | : Cooperative,Normal eye-contact,Normal psychomotor activity,No abnormal movements,Normal gait |
| Speech | : Normal rate,Normal volume,Normal rhythm,Fluent,Non-pressured,Standard English accent |
| Thought Process | : Goal directed,Concrete thinking |
| Thought Content | : Normal content |
| Suicidal Ideation | : No suicidal ideation |
| Aggressive Ideation | : No aggressive or homicidal ideation |
| Perceptual Disorders | : No perceptual disorders |
| Mood | : Euthymic |
| Affect | : Constricted,Stable affect |
| Impulse Control | : Intact impulse control |
| Cognitive Function | : Alert,Oriented x4 |
| Insight | : No grossly impaired insight |
| Judgment | : No grossly impaired judgment |

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| <u>Location</u> | <u>Patient Name</u> | <u>Patient Number</u> | <u>Visit Number</u> | <u>Age</u> | <u>Sex</u> |
|---|---|---|---|---|---|
| DIS-19W-69-C | Hale,Terrance | 3501306 | 3501306-4 | 27Y | M |

|  |  | <u>Attending Physician</u> | <u>D.O.B.</u> |
|---|---|---|---|
|  |  | Konrad,Steven | 02/25/1986 |

--------------------------------------------------------------------------
 Unscheduled Discharge Summary-Psych IP
Event Time: Thu, 19 Jul 12  1145                     Status: <u>corrected</u>

Thu, 19 Jul 12  1232   Documented by Steven Konrad, MD

Start Time of IP Assmnt: 9 Jul 12  1000
Source of Referral      : Jail, lockup, penetentiary, or DOC-state
Sources of Information : Patient,Facility computerized records
Barriers to Assessment : None
Consenting Party        : patient consents or involuntary treatment
Preferred Language(s): English

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | | Patient Number | Visit Number | Age | Sex |
|----------|--------------|--|----------------|--------------|-----|-----|
| DIS-19W-62-A | Hale,Terrance | | 3501306 | 3501306-3 | 27Y | M |

Attending Physician                 D.O.B.
Konrad,Steven                       02/25/1986

--------------------------------------------------------------------------------

Unscheduled Discharge Summary-Psych IP -- cont'd
                        admissions.

                        Mr. Hale is at chronically elevated risk of danger to
                        others on the basis of his history of violence.
                        Currently, he is irritable at times and possibly
                        paranoid, but he has been calm and behaviorally in
                        control for the majority of his admission and his
                        acute risk of violence has been mitigated by his
                        medication compliance.  He faces the significant
                        stressors of his legal situation and apparently
                        difficult family relationships, which place him at
                        chronically elevated risk of danger to self.
                        However, his acute risk of deliberate harm to self is
                        currently assessed to be low as he denies thoughts of
                        self-harm and voices future orientation around
                        fighting his legal case.
Axis I                  : Paranoid type schizophrenia, chronic
Axis II                 : Diagnosis Deferred on Axis II
Axis III                : Routine general medical examination at a health
                          care facility
Axis IV                 : Problems related to interaction with the legal
                          system/crime
Axis V                  : current 55
Discharge Diagnosis     : Paranoid type schizophrenia, chronic
Housing Type            : Correctional
Housing Specific        : AMKC
Aftercare Type          : Follow-up Onsite
Aftercare Specific      : Corizon
Pt Agrees with Dispo    : patient agrees with disposition
Family/Oth Invlvd in Dispo: no family/other involved in disposition
Discharge Documentation          : now
Rationale for Discharge          : Presenting symptoms adequately resolved
                                   for release
Multiple Antipsychotics          : One antipsychotic agent
Attending Discharge Signature    : i have reviewed and agree with the
                                   discharge summary

--------------------------------------------------------------------------------

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|----------|--------------|----------------|--------------|-----|-----|
| DIS-19W-69-C | Hale,Terrance | 3501306 | 3501306-4 | 27Y | M |

Attending Physician            D.O.B.
Konrad,Steven                  02/25/1986

-------------------------------------------------------------------------

Unscheduled Discharge Summary-Psych IP -- cont'd
Chief Complaint                  : "I don't know what happened"
History of Present Illness (WP): Patient is a 26 year old AAM with reported
                                 history of schizophrenia and prior inpatient
                                 treatment, arrested in April 2012 for
                                 alleged attempted murder of a officer
                                 (stabbing) who was called to his home by him
                                 and/or his mother, admitted in April while
                                 under NYPD custody to 19N, then on 19 West
                                 for 2 weeks at the end of June discharged
                                 7/2/12 with initial concerns of mood
                                 lability and agitation. He is now referred
                                 back to CFES this morning after assaulting a
                                 clinician on his unit unprovoked. While
                                 assaulting this clinician other inmates
                                 allegedly came to her aid, further
                                 altercations ensued, and patient was taken
                                 to Elmhurst for medical clearance. He was
                                 cleared with medical exam remarkable for a
                                 nasal septum fracture.

                                 On clinical exam patient is calm, with poor
                                 eye contact and nearly inaudible, has to be
                                 asked to repeat himself. He presents with
                                 latent response to most questions. Patent
                                 described his mood as poor and continued to
                                 repeat that he needs help and that no one
                                 would give him his medication. He was not
                                 able to coherently relate the events
                                 preceding the assault other than stating
                                 that he wanted his medication but no one
                                 would give it to him. He then reported that
                                 he hit the clinician, but could not
                                 elaborate further on why or what he thought
                                 would be the consequence of the assault.
                                 Patient reported that he has remained
                                 irritable, depressed, and angry. He had
                                 difficulty organizing thoughts and reported
                                 that he is "mentally sick." He denied
                                 current experience of manic symptoms
                                 including racing thoughts, decreased need

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|----------|-------------|----------------|--------------|-----|-----|
| DIS-19W-69-C | Hale,Terrance | 3501306 | 3501306-4 | 27Y | M |

|  |  | Attending Physician | D.O.B. |
|--|--|---------------------|--------|
|  |  | Konrad,Steven | 02/25/1986 |

--------------------------------------------------------------------

Unscheduled Discharge Summary-Psych IP -- cont'd

for sleep, and increased energy. Patient
denied auditory and visual hallucinations.
He does not elicit frank delusional content.
Paranoid ideation was noted in patient's
continued report that people are not trying
to help him and were keeping him from
getting treatment, specifically medication.
Patient denied current suicidal or violent
ideation.

Patient reported that he last took
medication at Bellevue and has not taken it
since. Collateral from Dr. Selling indicated
that patient was seen by MD on arrival back
to Rikers on 7/2/12 and meds were continued
though patient's compliance was doubted. Dr.
Selling reiterated that the patient
assaulted this clinician unprovoked in her
office after another inmate left after a
session. The clinician was knocked and her
eye was split open secondary to this alleged
assault.

On re-assessment 7/9/12:
Progress notes from the first weekend of
admission were reviewed. The patient
remained calm and cooperative with staff and
was mostly isolative to his room. His
facial pain was controlled with Motrin PRN.
He was complaint with all prescribed
medications. On approach the morning of
7/9/12, he acknowledged this writer as his
MD from his recent 19 West admission. When
asked why he was referred back to the
hospital he reported that he was not being
offered any medications at Rikers Island.
While this is not the report from the Rikers
Island referral. Rikers staff report that
he has been non-adherent with medications.
The patient declined to get out of bed for a

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | | Patient Number | Visit Number | Age | Sex |
|----------|--------------|--|----------------|--------------|-----|-----|
| DIS-19W-69-C | Hale,Terrance | | 3501306 | 3501306-4 | 27Y | M |

| | | | Attending Physician | | D.O.B. | |
|--|--|--|---------------------|--|--------|--|
| | | | Konrad,Steven | | 02/25/1986 | |

--------------------------------------------------------------------------------

Unscheduled Discharge Summary-Psych IP -- cont'd

full admission interview.  He stated, "You
already know all about me from last week...I
want to sleep."  He then turned over in bed
and terminated the conversation.

On Re-assessment on 7/10/12:
On admission, the patient declined to talk
with the team.  However, he has since agreed
to share information.  Since his recent
discharge from BHC last week, he reported
that he was not receiving his meds upon
return to Rikers.  He was not able to
articulate any particular reason why he
assaulted the clinician at Rikers, other
than to say, "I didn't know what I was doing
because I wasn't on my meds."  We discussed
the option of starting Prolixin Decanote in
lieu of oral Prolixin.  He was ambivalent,
but agreed.

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|---|
| DIS-19W-69-C | Hale,Terrance | | 3501306 | 3501306-4 | 27Y | M |

Attending Physician          D.O.B.
Konrad,Steven                02/25/1986

--------------------------------------------------------------------

Unscheduled Discharge Summary-Psych IP -- cont'd

Prior Mental Health Srvcs : Outpatient mental health provider,Psychiatric
inpatient unit,State psychiatric hospital

AOT Status : no aot involvement

High Risk Psychiatric Hx : Violence or endangering others,Arrest or
incarceration,Treatment noncompliance

Psychopharm History : Drug Name: prolixin Dosage and Compliance:
5mg bid
Drug Name: latuda Dosage and Compliance: up
to 80mg daily
Drug Name: depakote
Drug Name: cogentin

Past Psychiatric History (WP): As per chart review from 4/17 admission to 19
N - Collateral from the patient's mother, Mrs
Hale:

"She stated that she first noticed that he
needed mental health treatment when Mr. Hale
was 16/17, and that he was "arguing, acting
out, angry, and thought that people were after
him." She also described him as cutting
hinself off from friends around this time.
Mrs. Hale reported that Mr. Hale carries a
diagnosis of "bipolar schizophrenia," and that
her brother has "the same thing." She further
provided that Mr. Hale was first hospitalized
at around 16/17 at Mount Sinai MC, and that he
has had 5 or 6 subsequent hospitalizations,
including one at Rockland Psychiatric Center.
When questioned about the incidents that
prompted these hospitalizations, Mrs. Hale
described agitated, aggressive, and paranoid
behavior. She also stated that Mr. Hale has
become violent while in psychiatric hospitals.
Mrs. Hale stated that the patient has been
arrested multiple times, probably for the
first time around 2002, typically for
"fighting." She stated that he has never been
sentenced/mandated to any kind of treatment
program, and has never received AOT"

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|----------|--------------|----------------|--------------|-----|-----|
| DIS-19W-69-C | Hale,Terrance | 3501306 | 3501306-4 | 27Y | M |

| | | Attending Physician | D.O.B. |
|---|---|---|---|
| | | Konrad,Steven | 02/25/1986 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Unscheduled Discharge Summary-Psych IP -- cont'd

With regard to his recent symptoms that led to his hospitalization on 4/17:

"Mrs. Hale explained that Mr. Hale has a history of psychiatric medications that includes Thorazine, Depakote, and a medication to combat "shaking," and he has presently been taking Latuda 80mg. He had recently been prescribed Latuda 40mg by Dr. Nunes at the St. Mark's Clinic, but Mrs. Hale felt that this was not adequate, and began giving her son the medication of a stronger dosage that was left over from a previous prescription. Mrs. Hale stated that Mr. Hale was "fine" and "happy" until around Easter approximately 2 weeks ago. She explained that he was "withdrawn," "sad," and "not sleeping." She explained that he would take 4-5 hour "catnaps" each day, and that she would give him leftover Trazodone that he was prescribed at one time"

Patient was previously followed by Dr. Nunes at St. Mark's Clinic, for outpatient treatment, where he was diagnosed with schizophrenia.  Past medication trials have included Prolixin, Cogentin, Depakote, Thorazine, Haldol, and Latuda.

While hospitalized on 19N, Mr. Hale was reportedly irritable, guarded, isolative and uncooperative.  No dangerous behaviors were observed, nor were any overt symptoms of psychosis.  Prolixin 5 mg twice daily was restarted which the patient was compliant with.

Per his most recent BHC admission to 19 West in June 2012:  [Mr. Hale was referred from Rikers on 6/19/12 due to concerns about agitation, lability, and threatening behavior

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-19W-69-C | Hale,Terrance | 3501306 | 3501306-4 | 27Y | M |

|  |  | Attending Physician | | D.O.B. | |
|---|---|---|---|---|---|
|  |  | Konrad,Steven | | 02/25/1986 | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Unscheduled Discharge Summary-Psych IP -- cont'd
at AMKC.  On admission evaluation he was
logical and coherent but terse.  He admitted
to "losing his temper" due to what he
described as repeated housing changes at
Rikers, and expressed wanting to be on
medications that better controlled his
temper.  He appeared apathetic about his court
case and voiced eating and sleeping
disturbances, also related to housing changes
at Rikers.  He denied thoughts of self-harm or
violence, denied hallucinations.  He agreed to
voluntary admission to 19W.  His medications
at Rikers were listed as Prolixin 5mg bid,
Buspar 5mg bid, Cogentin 1mg bid, Depakote
500mg qam and 1000mg at bedtime, trazodone
100mg at bedtime, and these were restarted on
admission.  He has been accepting these
medications.

On inpatient reassessment on 6/20/12, Mr. Hale
was terse, irritable, guarded, required
significant encouragement to elaborate on his
responses, nevertheless was coherent, logical,
goal-directed.  The content of his statements
was mainly remarkable for externalization and
an oppositional stance.  He again denied
thoughts of self-harm or violence, denied
current hallucinations, and did not voice any
frankly delusional material, however as the
interview progressed he began to make
statements about people hating him and wanting
to kill him, about DOC and other inmates
trying to provoke him, and about being like
Jesus Christ (but not being Jesus Christ
himself) and dying for his family.  He
specifically stated that he would never kill
himself, but that "I'm just waiting for
someone to do it for me."  Other than these
paranoid-sounding statements and his guarded
stance, there were no clear objective

Case 1:15-cv-05115-LAP   Document 9-1   Filed 02/10/17   Page 53 of 76

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|---|
| DIS-19W-69-C | Hale,Terrance | | 3501306 | 3501306-4 | 27Y | M |
| | | | Attending Physician | | D.O.B. | |
| | | | Konrad,Steven | | 02/25/1986 | |

------------------------------------------------------------------------------

Unscheduled Discharge Summary-Psych IP -- cont'd

indicators of acute mania, psychosis, or
neurovegetative depression.  He voiced feeling
"sick mentally" and wanting his medications to
be adjusted to better target his symptoms, but
had difficulty elaborating on what he
specifically wanted help with.

On the afternoon of 6/21/12, Mr. Hale stated
he felt like "punching someone in the face,"
but was calm after receiving prn medications.
On 6/22/12, he was observed by staff pacing
angrily in the hallway, pushing past and
throwing elbows at peers and staff, and had an
angry confrontation with a disorganized peer.
Staff who intervened and spoke with him
reported that he felt that the hospital staff
were in league with DOC staff in trying to
provoke him.  He expressed feeling frustrated
about being in the hospital and about his
legal situation, and wanting to return to
Rikers for more food and greater freedom of
movement, but agreed to stay for further
treatment.  He continued to appear tense over
the weekend but was less irritable and more
verbal with peers and staff, and was able to
request prn medication on Sunday.  On 6/25/12,
he was able to tolerate a long discussion with
his primary therapist about the reasons for
his repeated presentations to Bellevue and
about continuing his stay in order to work on
how to cope with his situation at Rikers given
the nature of his legal case, and he said he
would consider this.  He was oddly related,
with an odd smile, but not overtly psychotic,
manic, or depressed.

During his second week of admission, Mr. Hale
was minimally engaged with staff.  When
approached, he responded tersely to questions,
generally denied any complaints, at times

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-19W-69-C | Hale,Terrance | 3501306 | 3501306-4 | 27Y | M |

| | | Attending Physician | | D.O.B. | |
|---|---|---|---|---|---|
| | | Konrad,Steven | | 02/25/1986 | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Unscheduled Discharge Summary-Psych IP -- cont'd

spoke about feelings of frustration around his
incarceration and legal situation but declined
to meet for psychotherapy sessions to address
his coping skills, and frequently asked to be
left alone.  He was noted to enjoy
recreational groups, but did not attend any
therapeutic groups despite encouragement.  At
times he was more irritable, but at other
times he was observed with an odd smile.  He
continued to be free of any overt signs of
psychosis, mania, or depression.  He accepted
his standing medications and requested prn
medications infrequently.  There were no
behavioral incidents, and he was able to
calmly relate to his treatment team that he
wished to return to Rikers so that he could
have greater freedom of movement and because
he felt that would help him move forward with
his legal case.  By 7/1/12 Mr. Hale was
assessed to be stable for stepdown to
outpatient management at Rikers Island, and
was discharged to AMKC.

Medications on discharge:
Depakote 500mg am/1000mg pm  (VPA level on
6/26 = 129)
Prolixin 5mg twice daily
Buspar 7.5mg twice daily
Cogentin 1mg twice daily
trazodone 150mg at bedtime]

| Substances of Abuse | : Cannabis (Marijuana) still using First: unk |
| | Last: days-wks before admission [utox |
| | pos for THC] |
| | Alcohol (Ethanol, etc.) still using |
| Complicated Withdrawal | : No history of complicated withdrawal |
| Effects of Substance Use | : Exacerbation of pyschiatric symptoms,Reduced |
| | daily functioning |
| Chemical Abuse History (WP): | Patient reports that he formerly smoked cannabis |
| | several times a week, and routinely consumed |
| | etoh on weekends. |

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|----------|--------------|----------------|--------------|-----|-----|
| DIS-19W-69-C | Hale,Terrance | 3501306 | 3501306-4 | 27Y | M |

|  |  | Attending Physician | D.O.B. |
|--|--|---------------------|--------|
|  |  | Konrad,Steven | 02/25/1986 |

------------------------------------------------------------------------

   Unscheduled Discharge Summary-Psych IP -- cont'd
Abuse History            : unable to assess
Current Effects of Abuse: Unable to assess
Developmental Hx (WP)    : As per chart review

                          "As per admission note the patient grew up without
                          a father; he is single and has two children ages 4
                          and 3 (patient said their ages are 3 and 5 years
                          and that they are girls) living with patient's
                          mother and girlfriend. Patient eloped from school
                          from 9th grade and he was in special education. The
                          patient is in SSI."
Family History Categories: Unable to assess
Version                  : retention documentation
Residence Selection : adult
ACS/APS Involvement : unable to assess
Historical Risk Factors: Suicide Hx: Chemical abuse or dependency (current
                          or past),Recent discharge from psychiatric
                          admission Violence Hx: Chemical abuse or
                          dependency,History of arrest, DWI, or moving
                          violations,History of violence,Intentional
                          harm of others,Psychiatric
                          hospitalizations,Recent violence Suicide
                          Risk Mitigation: Ability to form positive
                          therapeutic relationships,Past treatment
                          adherence or success,Sense of responsibility
                          to family,Social network, supports, or
                          treatment
Current Risk Factors    : Suicide Cr: None of the listed suicide risk
                          factors Violence Cr: None of the listed
                          violence risk factors

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|----------|--------------|----------------|--------------|-----|-----|
| DIS-19W-69-C | Hale,Terrance | 3501306 | 3501306-4 | 27Y | M |

| | | Attending Physician | D.O.B. |
|--|--|---------------------|--------|
| | | Konrad,Steven | 02/25/1986 |

--------------------------------------------------------------------------

Unscheduled Discharge Summary-Psych IP -- cont'd
Admission Date        : Fri, 06 Jul 2012
Admitting Diagnosis : Paranoid type schizophrenia, chronic with acute
                      exacerbation (295.34)
Hospital Course (WP): Mr. Hale was re-admitted back to 19 West on 7/6/12
                      after he assaulted staff at Rikers Island.  Upon
                      arrival to the unit, he was reluctant to speak with the
                      treatment team.  However, on HD#2, he sat down to
                      discuss his readmission with the team.  He reported
                      that he asked for his medications upon arrival to
                      Rikers Island last week after discharge from 19W.  He
                      reported that he was denied his medications by Rikers
                      staff and he became upset.  He stated, "I need my meds
                      and they wouldn't give them to me...I was out of it and
                      I guess I hit that lady because I didn't have any
                      meds."  Per conference with Rikers staff, the patient
                      was offered medications, but refused to take them.

                      Mr. Hale agreed to immediately restart his prior
                      regimen of Prolixin 5 mg BID and Depakote 500 mg qAM
                      and 1000 qPM.  On admission, he denied all active
                      psychiatric symptoms and did not demonstrate any
                      objective signs of active illness.  Similar to his
                      recent admission, he acclimated quickly to the unit and
                      was cooperative with staff.  He was mostly isolative to
                      his room.

                      His mother came to visit on HD#2 and provided
                      information.  She reported that Mr. Hale does not like
                      being at Rikers Island.  He told her that he was denied
                      his medications and she was very upset by this.  He
                      pleaded for Bellevue staff to keep him in the hospital
                      for a few months so that he could avoid Rikers Island.

                      Mr. Hale agreed to switch from oral Prolixin to
                      Prolixin Decanoate.  He received his first injection of
                      12.5 mg on 7/11/12.  He received his 2nd injection of
                      25 mg on 7/18/12.  He will be due for another 25 mg
                      injection on 7/25/12 and will continue this every 2
                      weeks.  His VPA level on 7/17/12 = 70.3.  Mr. Hale did

**Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue Chart Review Print**

| Location | Patient Name | | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|---|
| DIS-19W-69-C | Hale,Terrance | | 3501306 | 3501306-4 | 27Y | M |
| | | | Attending Physician | | D.O.B. | |
| | | | Konrad,Steven | | 02/25/1986 | |

--------------------------------------------------------------------------------

Unscheduled Discharge Summary-Psych IP -- cont'd

Formulation (WP)          : Mr. Terrance Hale is a 26yo AAM charged with alleged
                            Attempted Murder of a Police Officer stemming from
                            events in April 2012 that were highly publicized at
                            the time, with history of multiple psychiatric
                            hospitalizations since age 18 in the context of
                            aggression and paranoia, violence both while
                            hospitalized and in the community, substance use,
                            known to 19N from two brief admissions shortly after
                            arrest.  He returned to 19W on 6/19-7/2/12 for
                            voluntary admission after being referred from Rikers
                            for "extreme lability" and threatening behavior.
                            During his two weeks on the unit, he was terse and
                            guarded, as well as oddly related, with an odd smile
                            at times, and is irritable at other times.  However,
                            he was calm, coherent, logical, organized, and not
                            overtly psychotic, manic, depressed, or anxious.  He
                            explained that his agitation at Rikers prior to
                            admission was triggered by the fact that his housing
                            had been changed recently, which caused him to feel
                            that he was being provoked.  He expressed feeling
                            frustrated and stressed by his legal situation, and
                            spoke about feeling targeted by others in the jail
                            setting due to his high-profile charges.  While these
                            statements may reflect paranoid ideation, they may
                            also have a basis in reality given the nature of his
                            case.  At any rate, he was minimally engaged in
                            individual psychotherapy or in therapeutic groups.
                            He accepted his standing medication and voices
                            feeling "better" than on admission.  He re-admission
                            on 7/6/12, is in the setting of assaulting a
                            clinician at Rikers Island.  The patient reports that
                            this was in the setting of not being offered his
                            standing med regimen at Rikers.  This is conflicting
                            information as Rikers reports that he is
                            non-adherent.

                            Diagnostically, collateral information gathered on
                            prior admissions to 19N and from the patient's mother
                            during this admission indicates a history of
                            diagnosis with psychotic illness, specifically

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | | Patient Number | Visit Number | Age | Sex |
|----------|--------------|---|----------------|--------------|-----|-----|
| DIS-19W-69-C | Hale,Terrance | | 3501306 | 3501306-4 | 27Y | M |
| | | | Attending Physician | | D.O.B. | |
| | | | Konrad,Steven | | 02/25/1986 | |

----------------------------------------------------------------------------

Unscheduled Discharge Summary-Psych IP -- cont'd
Schizophrenia, Paranoid Type.  During the 2 most
recent 19W admissions, no overt signs of acute
psychosis or any other acute major mental illness
were observed.  Axis II pathology is a larger focus
of this current 19W admission.  Antisocial traits
have been identified on past admissions.  It is very
likely that the patient also has some secondary gain
to act out violently at Rikers to avoid incarceration
and gain admission to a hospital.

Mr. Hale is at chronically elevated risk of danger to
others on the basis of his history of violence.
Currently, he is calm and behaviorally in control and
has been so for this entire admission.  His acute
risk of violence has been mitigated by his
hospitalization and medication compliance.  He faces
the significant stressors of his legal situation and
apparently difficult family relationships, which
place him at chronically elevated risk of danger to
self.  However, his acute risk of deliberate harm to
self is currently assessed to be low as he denies
thoughts of self-harm and voices future orientation
around fighting his legal case.

| Axis I | : Paranoid type schizophrenia, chronic |
| Axis II | : Antisocial personality disorder |
| Axis III | : Routine general medical examination at a health care facility |
| Axis IV | : Problems related to interaction with the legal system/crime |
| Axis V | : current 55 |
| Discharge Diagnosis | : Paranoid type schizophrenia, chronic with acute exacerbation |
| Housing Type | : Correctional |
| Housing Specific | : Rikers GRVC |
| Aftercare Type | : Follow-up Onsite |
| Aftercare First Appt | : Thu, 19 Jul 2012 |
| Pt Agrees with Dispo | : patient agrees with disposition |
| Family/Oth Invlvd in Dispo | : family/other involved in disposition |
| Family/Oth Invlvd Contact | : mother |

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|---|
| DIS-19W-69-C | Hale,Terrance | | 3501306 | 3501306-4 | 27Y | M |
| | | | Attending Physician | | D.O.B. | |
| | | | Konrad,Steven | | 02/25/1986 | |

------------------------------------------------------------------------
Unscheduled Discharge Summary-Psych IP -- cont'd
Discharge Documentation           : now
Rationale for Discharge           : Presenting symptoms adequately resolved
                                    for release
Medication Side Effects           : None
Multiple Antipsychotics           : One antipsychotic agent
Attending Discharge Signature     : i have reviewed and agree with the
                                    discharge summary
------------------------------------------------------------------------


                    * * * End of Report * * *

Fri, 23 Aug 13  1130                                    Page  1 of 4

Bellevue Hospital Center
Chart Review Print

Location          Patient Name              Patient Number   Visit Number   Age   Sex
DIS-19N-14-A      Hale,Terrance             3501306          3501306-2      27Y   M

                                            Attending Physician        D.O.B.
                                            Roth,Loren                 02/25/1986

---------------------------------------------------------------------------------

Gamma Glutamyl Transferase Level Serum

Collection Time: Unknown             Result Time: 21 Apr 12  1940
Collected by:    Unknown             Resulted by: Healey,M
Specimen:        SST(26688549)       Status: complete

GGT (IU/L) : 99     (15 - 85)
---------------------------------------------------------------------------------

Magnesium Level Serum

Collection Time: Unknown             Result Time: 21 Apr 12  1955
Collected by:    Unknown             Resulted by: Healey,M/Amin,A/Healey,M
Specimen:        SST(26688549)       Status: complete

Mg  (mEq/L): 2.2    (1.3 - 1.9)
---------------------------------------------------------------------------------

Thyroid Stimulating Hormone Level w/rflx to fT4 & fT3 Serum

Collection Time: Unknown             Result Time: 21 Apr 12  1949
Collected by:    Unknown             Resulted by: Amin,A/Healey,M
Specimen:        SST(26688549)       Status: complete

Remark     : Spec #26688549: (unknown)
Diagnosis  : Paranoid type schizophrenia, chronic
TSH (uIU/mL) : 1.923   (0.35 - 4.8)
---------------------------------------------------------------------------------

Syphilis Treponemal Ab,IgG w/rflx to RPR/Titer/TPPA Conf.

Collection Time: Unknown             Result Time: 23 Apr 12  1259
Collected by:    Unknown             Resulted by: Pradhan,S
Specimen:        SST(26688549)       Status: complete

Remark        : Spec #26688549: (unknown)
Syphilis IgG Ab : non-reactive          (non-reactive)
Syph STD Comment: No Serological evidence of infection with T.pallidum
                  (incubating or early primary syphilis cannot be excluded).
                  Retest in 2-4 weeks if clinically indicated.
---------------------------------------------------------------------------------

Fri, 23 Aug 13  1129                                        Page  7

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-19W-62-A | Hale,Terrance | 3501306 | 3501306-3 | 27Y | M |

Attending Physician                D.O.B.
Konrad,Steven                      02/25/1986

--------------------------------------------------------------------------------

Unscheduled Psychiatric Assessment IP  -- cont'd
                        least 2 appropriate alternatives to
                        aggression in coping with interpersonal
                        difficulties during 1st week of admission.
Assessment/Plan (WP)  : 1.        Dangerousness:  He is currently calm and
                        cooperative.  No SI or HI.  He is stable for q15
                        minute checks, A zone, routine prns.
                        2.        Possible psychosis +/- mood symptoms:
                        Continue medications as at Rikers.  Prolixin 5 mg
                        BID, Depakote 500 mg AM, 1000 mg PM, Buspar 7.5 mg
                        BID, Cogentin 1 mg BID.  Assess whether patient able
                        to engage in individual and group therapy; on his two
                        prior admissions he was minimally engaged in all
                        treatment recommendations.
                        3.  Medical: Admission H&P reviewed.  No acute issues
                        noted.  Admission CXR, & EKG were normal.  Labs were
                        not grossly outside of normal limits.
                        4.  Legal: 9.13 admission.  Charged with Attd Murder
                        of a Police Officer.  Next court date 7/11/12.
Last Attending Comment: danger to others
Version                    : retention documentation
Advance Directives         : does not wish
Discharge Documentation    : later
Discharge Documentation            : later
Sections Reviewed: I have reviewed the entire assessment
--------------------------------------------------------------------------------

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-19W-62-A | Hale,Terrance | 3501306 | 3501306-3 | 27Y | M |

Attending Physician          D.O.B.
Konrad,Steven                02/25/1986

-------------------------------------------------------------------------

Unscheduled Psychiatric Assessment IP  -- cont'd
                         should also be considered.  The provisional diagnosis
                         is Psychosis NOS.  Axis II is deferred pending
                         further evaluation but personality factors have been
                         identified on past admissions.

                         Mr. Hale is at chronically elevated risk of danger to
                         others on the basis of his history of violence; he is
                         irritable and possibly paranoid and was recently
                         described as acutely labile and threatening at
                         Rikers, suggesting an acute elevation in this risk.
                         However, he is calm and behaviorally in control now.
                         He is at low risk of deliberate harm to self as he
                         denies thoughts of self-harm, however he does face
                         the significant stressors of his legal situation and
                         apparently difficult family relationships, and
                         describes himself as "depressed."

Axis I                 : Unspecified psychosis
Axis II                : Diagnosis Deferred on Axis II
Axis III               : Routine general medical examination at a health
                         care facility
Axis IV                : Problems related to interaction with the legal
                         system/crime
Axis V                 : current 40
Dx(es) for Present     : Unspecified psychosis
Problem(s)             :  : PhD  : Danger to others Evidence: -Pt referred
                         from Rikers for lability and threatning
                         behavior. -Pt has history of violence and
                         aggression while hospitalized and in the
                         community. -Pt voices paranoid thoughts.
                         Goals: S] Pt will no longer present a danger
                         to others.L) Pt will be able to manage
                         difficult interpersonal situations without
                         recourse to violence. Objectives: -Pt will
                         not voice paranoia for at least 5 consecutive
                         days during 1st week of admission. -Pt will
                         not engage in any verbally aggressive or
                         physically violent behavior during 1st week
                         of admission. -Pt will not require IM stat
                         medication, seclusion, or restraint during
                         1st week of admission. -Pt will articulate at

Fri, 23 Aug 13  1129                                          Page 12

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-19W-69-C | Hale,Terrance | 3501306 | 3501306-4 | 27Y | M |

Attending Physician             D.O.B.
Korrad,Steven                   02/25/1986

-----------------------------------------------------------------------

Unscheduled History and Physical (Adult) (new) (no cf) -- cont'd
                          distant or oddly related to the examiner,  soft
                          speech,  disorganized thought,  no thoughts of
                          harming self or others,
    ----------        : Superior --> Inferior
    Head              : normocephalic, normal facies,
    Eyes              : sclera anicteric, pupils equal round and reactive to
                          light, extraocular movements intact,
    Nose and Throat   : clear turbinates, normal mucosa, no exudates, good
                          dentition,  + nasal swelling + nasal congestion,
                          dried blood to nares pt denied new bleeding denies
                          pain ,
    Neck and Lymph    : neck supple, no JVD, no lymphadenopathy,
    Thorax and Lungs  : clear to ascultation bilaterally,
    Cardiovascular    : regular rate, normal S1, S2, no extra sounds,
                          murmurs, or rubs,
    Breasts           : no gynecomastia,
    Abdomen           : non-distended, bowel sounds present, non-tender, no
                          rebound or guarding, no hepato-splenomegaly, no
                          masses,
    Genitalia         : genital exam deferred,
    Anus and Rectum   : deferred anal and rectal exam,
    ----------        : Surface --> Deep
    Skin              : no rashes or lesions,
    Peripheral Vascular: pulses 2+ throughout, no clubbing or cyanosis of
                          nails, or edema,
    Axial Trauma/Wounds: head atraumatic, no axial trauma or wounds evident to
                          superficial body survey,
    Limbs Trauma/Wounds: no trauma or wounds on limbs evident to superficial
                          exposure,
    Musculoskeletal   : no gross musculoskeletal defects or impairments, no
                          costo-vertebral angle tenderness,
    Neurological      : CN II-XII grossly intact, strength 5 throughout,
                          sentation grossly intact to light touch, reflexes 2+
                          and symmetrical throughout,

Radiology Results     : Chest Xray June 19, 2012- normal chest
Cardiology Results    : Sinus tachycardia hr 102 Pt denies chest pain and
                          is snoring during exam
Other Results         : LABS FROM ELMHURST USED
Most Recnt Vitl Signs  : T 97, P 82, R 18, BP 135/90, O2 Sat 98 (07/06

Fri, 23 Aug 13   1129                                    Page 12

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
                          Chart Review Print

Location          Patient Name              Patient Number   Visit Number   Age   Sex
DIS-19W-69-C      Hale,Terrance             3501306          3501306-4      27Y   M

                                            Attending Physician        D.O.B.
                                            Konrad,Steven              02/25/1986

--------------------------------------------------------------------------------
  Unscheduled History and Physical (Adult) (new) (no cf) -- cont'd
                          06:49:
Vascular Lines              : no vascular lines
Line Status                 : No vascular lines
Brief Summary               : 26 y/o male history of paranoid schizophrenia
                              admitted 9.39 to psychiatry
Dx(es) for Presentatn       : Paranoid type schizophrenia, chronic with acute
                              exacerbation
Select Dx(es) at Admit      : none,
DVT/PE Risk Assessment      : Age: 18-40 Age Score: 0 Pre-Existing: None
                              (Score = 0) Current: None (Score = 0)
                              In-Hospital: None (Score = 0) Absolute
                              Contraindications: None Relative
                              Contraindications: None Risk Score: 0
Problem(s)                  :  : PhD  : Danger to others Evidence: recent
                              unprovoked assault of clinician  Goals:
                              impulse control and treatment adherence
                              Objectives: Patient will not be an acute
                              danger to others
Assessment/Plan (WP)        : Nasal fracture- Plastics consult upwards
                              Sinus tachycardia- repeat EKG tomorrow 7/7/12
                              Abnormal WBC- pt asymptomatic repeat hemogram
                              7/7/12
                              Bodyaches- motrin 600mg po q8h prn
Author                      : Shawn Marie Jackson, NP
--------------------------------------------------------------------------------

**Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue Hospital Center**
**Chart Review Print**

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|----------|--------------|----------------|--------------|-----|-----|
| DIS-19W-69-C | Hale,Terrance | 3501306 | 3501306-4 | 27Y | M |

|  |  | Attending Physician | D.O.B. |
|--|--|---------------------|--------|
|  |  | Konrad,Steven | 02/25/1986 |

--------------------------------------------------------------------

Unscheduled Multidisciplinary Treatment Plan (Psychiatry) IP -- cont'd
Murder 1st Degree.  Next court appearance on 7/11/12.

RN Interventions (WP) : Problem:  Danger to Others  (Violent)  As evidenced
by: patient hitting a clinician at Rikers.

Goal:  Will not display violent behavior towards
others.

Objective: Will not threaten staff and will not
attack staff in 2 hours.

Interventions:
1.          Establish therapeutic relationship, display
honesty and consistency.
2.  Firm limit setting - verbal and physical limits
to client's hostility.
3.  Use nonjudgmental, respectful and consistent
communication approach.
4.  Encourage to verbalize inner feelings and
thoughts- esp. angry feelings.
5.  Administer medications ordered by MD.
6.  Provide activities that require very little
attention.

SW Interventions (WP) : 1. Obtain collateral information. 2. Will meet with
patient for a total of 30 minutes a week for support,
psycho-education, discussion of legal issues, and
aftercare planning.

AT Interventions (WP) : Dance/Movement Therapy 3x/week, Open Leisure 3x/week,
Bingo 1x/week, Music Appreciation 3x/week,
Spirituality 1x/week, Recovery 1x/week,

Assessment/Plan (WP)  : 1.  Dangerousness:  The patient is at chronically
elevated risk for violent behaviors.  He is currently
calm, cooperative and denies SI and HI.  Although he
does not require 1:1 observation, he will be
monitored closely on q15 minute checks in a high
observation room in Area A.  PRN Prolixin and Ativan
for aggressive behaviors.
2.  Psychosis:  Continue prior medication regimen of
Prolixin 5 mg BID, Depakote 500 mg qAM / 1000 mg qPM,
and Trazodone 100 mg at bedtime.  Klonopin was added
on this admission for additional impulse control.

Fri, 23 Aug 13  1129                                    **Page 1**

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-19W-69-C | Hale,Terrance | 3501306 | 3501306-4 | 27Y | M |

Attending Physician          D.O.B.
Konrad,Steven               02/25/1986

--------------------------------------------------------------------
Unscheduled Multidisciplinary Treatment Plan (Psychiatry) IP -- cont'd
                    to psychosis  Evidence: Assult of clinician
                    at Rikers island Goals: S) Pt will no longer
                    present a danger to others.L) Pt will be able
                    to manage difficult interpersonal situations
                    without recourse to violence. Objectives: Pt
                    will not engage in any verbally aggressive or
                    physically violent behavior for at least 7
                    consecutive days.-Pt will not require IM stat
                    medication, seclusion, or restraint for at
                    least 7 consecutive days.  -Pt will attend
                    Violence Reduction group at least twice
                    during 1st 2 weeks of admission.-Pt will
                    identify at least 4 triggers for violent
                    thoughts during 1st 2 weeks of admission.-Pt
                    will articulate at least 2 appropriate
                    alternatives to aggression in coping with
                    interpersonal difficulties during 1st 2 weeks
                    of admission. -Pt will accept 100% of
                    standing antipsychotic (or mood-stabilizing)
                    medication for at least 7 consecutive days.
MD Interventions (WP) : 1.  Dangerousness:  The patient is at chronically
                    elevated risk for violent behaviors.  He is currently
                    calm, cooperative and denies SI and HI.  Although he
                    does not require 1:1 observation, he will be
                    monitored closely on q15 minute checks in a high
                    observation room in Area A.  PRN Prolixin and Ativan
                    for aggressive behaviors.
                    2.  Psychosis:  Continue prior medication regimen of
                    Prolixin 5 mg BID, Depakote 500 mg qAM / 1000 mg qPM,
                    and Trazodone 100 mg at bedtime.  Klonopin was added
                    on this admission for additional impulse control.
                    Will initiate a taper from 1 mg BID.  Will discuss
                    the option of Prolixin Decanoate.
                    3.  Medical:  Admission physical exam reviewed.  The
                    patient sustained a nasal bone fracture in an
                    altercation at Rikers.  Pain control with Motrin and
                    ice packs PRN.  Admission labs notable for mild
                    elevation of AST/ALT.  CXR from June 2012 was
                    unremarkable.  EKG QTc = 433.
                    4.  Legal: 9.39 admission.  Charged with Attempted

Fri, 23 Aug 13   1129                                    Page

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|----------|--------------|----------------|--------------|-----|-----|
| DIS-19W-62-A | Hale,Terrance | 3501306 | 3501306-3 | 27Y | M |

|  |  | Attending Physician | D.O.B. |
|--|--|---------------------|--------|
|  |  | Konrad,Steven | 02/25/1986 |

--------------------------------------------------------------------------

Unscheduled Psychiatric Assessment IP  -- cont'd

Prior Mental Health Srvcs     : Outpatient mental health provider,Psychiatric
                                inpatient unit,State psychiatric hospital

AOT Status                    : no aot involvement
High Risk Psychiatric Hx      : Violence or endangering others,Arrest or
                                incarceration,Treatment noncompliance

Psychopharm History           : Drug Name: prolixin Dosage and Compliance:
                                5mg bid
                              Drug Name: latuda Dosage and Compliance: up
                                to 80mg daily
                              Drug Name: depakote
                              Drug Name: cogentin

Past Psychiatric History (WP): As per chart review from 4/17 admission to 19
                              N - Collateral from the patient's mother, Mrs
                              Hale:

                                "She stated that she first noticed that he
                                needed mental health treatment when Mr. Hale
                                was 16/17, and that he was "arguing, acting
                                out, angry, and thought that people were after
                                him." She also described him as cutting
                                himself off from friends around this time.
                                Mrs. Hale reported that Mr. Hale carries a
                                diagnosis of "bipolar schizophrenia," and that
                                her brother has "the same thing." She further
                                provided that Mr. Hale was first hospitalized
                                at around 16/17 at Mount Sinai NC, and that he
                                has had 5 or 6 subsequent hospitalizations,
                                including one at Rockland Psychiatric Center.
                                When questioned about the incidents that
                                prompted these hospitalizations, Mrs. Hale
                                described agitated, aggressive, and paranoid
                                behavior. She also stated that Mr. Hale has
                                become violent while in psychiatric hospitals.
                                Mrs. Hale stated that the patient has been
                                arrested multiple times, probably for the
                                first time around 2002, typically for
                                "fighting." She stated that he has never been
                                sentenced/mandated to any kind of treatment
                                program, and has never received AOT"

Fri, 23 Aug 13   1129                                    Page   L

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-19W-62-A | Hale,Terrance | 3501306 | 3501306-3 | 27Y | M |

Attending Physician          D.O.B.
Konrad,Steven                02/25/1986

--------------------------------------------------------------------------

Unscheduled Psychiatric Assessment IP  -- cont'd
                    With regard to his recent symptoms that led to
                    his hospitalization on 4/17:

                    "Mrs. Hale explained that Mr. Hale has a
                    history of psychiatric medications that
                    includes Thorazine, Depakote, and a medication
                    to combat "shaking," and he has presently been
                    taking Latuda 80mg. He had recently been
                    prescribed Latuda 40mg by Dr. Nunes at the St.
                    Mark's Clinic, but Mrs. Hale felt that this
                    was not adequate, and began giving her son the
                    medication of a stronger dosage that was left
                    over from a previous prescription. Mrs. Hale
                    stated that Mr. Hale was "fine" and "happy"
                    until around Easter approximately 2 weeks ago.
                    She explained that he was "withdrawn," "sad,"
                    and "not sleeping." She explained that he
                    would take 4-5 hour "catnaps" each day, and
                    that she would give him leftover Trazodone
                    that he was prescribed at one time"

                    Patient was previously followed by Dr. Nunes
                    at St. Mark's Clinic, for outpatient
                    treatment, where he was diagnosed with
                    schizophrenia.  Past medication trials have
                    included Prolixin, Cogentin, Depakote,
                    Thorazine, Haldol, and Latuda.

                    While hospitalized on 19N, Mr. Hale was
                    reportedly irritable, guarded, isolative and
                    uncooperative.  No dangerous behaviors were
                    observed, nor were any overt symptoms of
                    psychosis.  Prolixin 5 mg twice daily was
                    restarted which the patient was compliant with.

Fri, 23 Aug 13  1129                                  Page   ( : 1

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
                          Chart Review Print

Location            Patient Name          Patient Number   Visit Number   Age   Sex
DIS-19W-62-A        Hale,Terrance         3501306          3501306-3      27Y   M

                                          Attending Physician        D.O.B.
                                          Konrad,Steven              02/25/1986

---------------------------------------------------------------------------

 Unscheduled Psychiatric Assessment IP  -- cont'd
                    since age 18 in the context of aggression and
                    paranoia, violence both while hospitalized and in the
                    community, substance use, known to 19N from two brief
                    admissions shortly after arrest.  He now returns to
                    19W for voluntary admission after being referred from
                    Rikers for "extreme lability" and threatening
                    behavior. He is terse, irritable, guarded, seems to
                    be adopting an oppositional and externalizing stance,
                    nevertheless is calm, coherent, logical, organized,
                    denying symptoms of acute mania or psychosis.  He
                    expresses feeling "sick mentally" and "upset,
                    depressed, stressed" but attributes this mainly to
                    feeling provoked, for example because he was recently
                    moved to a new housing situation at Rikers.  He made
                    other statements about people hating him and wanting
                    to kill him, and these as well as his guarded stance
                    may reflect underlying psychotically-driven paranoid
                    ideation.  However, his paranoia may also be
                    reality-based given the nature of his charge, and in
                    fact he is on a DOC 1:1.  He expresses wanting "help"
                    and feeling that his medications are not working, but
                    cannot explain what specific issues he would like
                    help with, or what symptoms he feels are not being
                    fully treated.

                    Diagnostically, collateral information gathered on
                    prior admissions to 19N indicates a history of
                    diagnosis with Schizophrenia and "bipolar
                    schizophrenia."  However, during those admissions no
                    overt signs of psychosis or any other major mental
                    illness were observed.  This is consistent with his
                    presentation on interview today, which other than
                    paranoid-sounding statements and a guarded stance was
                    remarkable only for irritability.  It should be noted
                    that the patient reports he has been compliant with
                    antipsychotic and mood-stabilizing medications at
                    Rikers, so it is possible that he is presenting with
                    a symptom picture that is attenuated.  Given the
                    serious nature of his charge and/or other as yet
                    unidentified secondary gain, symptom exaggeration

Fri, 23 Aug 13  1129                                    Page  4

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
                        Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-19W-52-A | Hale,Terrance | 3501306 | 3501306-3 | 27Y | M |

|  |  | Attending Physician | D.O.B. |
|---|---|---|---|
|  |  | Konrad,Steven | 02/25/1986 |

---------------------------------------------------------------------------

Unscheduled Psychiatric Assessment IP  -- cont'd
Formulation (WP)        : ON ADMISSION 6/19/12:
                          26 yo AAM with reported hx of schizophrenia and prior
                          inpat treatment, arrested in april 2012 for alleged
                          attempted murder of an officer (stabbing) who was
                          called to his home by him and/or his mother, admitted
                          in April while under NYPD custody to 19N, referred
                          back to Bellevue because of concerns about agitation
                          and lability. Pt has a significant history of
                          psychiatric treatment as well as poor impulse control
                          and prior trials of mult medications. During his
                          admissions to 19N in April, he was oddly related at
                          times and showed poor impulse control.  There appears
                          to be elements of both Axis I and Axis II traits. Per
                          referral, pt has been difficult to manage at the
                          jail, and pt is now agreeing that he would benefit
                          from medication adjustment to address his impulse
                          control. As such, will sign pt in 9.13. Of note, I
                          encouraged pt to comply with tx team and to approach
                          tx team in a calm and controlled manner with any
                          problems, such as if he changes his mind and wants
                          discharge (pt was able to be discharged last time
                          after he requested discharge and showed a period of
                          controlled behavior). Risk of harm to self is
                          considered low at this time - pt denies hx of
                          suicidal behavior. However, he has risk factors such
                          as social isolation and hopelessness about his
                          attempted murder charge and possible conviction. Risk
                          of harm to others is considered low to moderate right
                          now but moderate to high/moderate in general - pt has
                          history of drug abuse, violence and arrest, with what
                          appears to be little regard for the feelings of
                          others (as observed throughout the time on 19N).
                          However, right now he is calm and complying with
                          admission procedures, agreeing with admission.

                          INPATIENT REASSESSMENT 6/20/12:
                          As above, 26yo AAM charged with alleged Attempted
                          Murder of a Police Officer stemming from events in
                          April 2012 that were highly publicized at the time,
                          with history of multiple psychiatric hospitalizations

Fri, 23 Aug 13  1129                                          Page  3

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
                          Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|----------|--------------|----------------|--------------|-----|-----|
| DIS-19W-62-A | Hale,Terrance | 3501306 | 3501306-3 | 27Y | M |

|  |  | Attending Physician | D.O.B. |
|--|--|---------------------|--------|
|  |  | Konrad,Steven | 02/25/1986 |

---------------------------------------------------------------------

 Unscheduled Psychiatric Assessment IP  -- cont'd
Historical Risk Factors: Suicide Hx: Chemical abuse or dependency (current
                         or past),Impulsive or reckless
                         behavior,Major mental illness or personality
                         disorder,Past suicidal ideation,Relationship
                         instability Violence Hx: Chemical abuse or
                         dependency,History of arrest, DWI, or moving
                         violations,History of violence,Psychiatric
                         hospitalizations,Unemployment or repeated
                         job losses,Violence during prior psychiatric
                         inpatient treatment Suicide Risk Mitigation:
                         Reality testing ability
Current Risk Factors    : Suicide Cr: Depressed,Relationship instability
                         Violence Cr: Paranoid delusions or perceived
                         threat,Poor impulse control Self-Care: None
                         of the indicators of poor self-care

Fri, 23 Aug 13   1129                                        Page 82   ____

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-19W-62-A | Hale,Terrance | 3501306 | 3501306-3 | 27Y | M |

Attending Physician          D.O.B.
Konrad,Steven                02/25/1986

------------------------------------------------------------------------

Unscheduled Psychiatric Assessment IP  -- cont'd
Substances of Abuse          : Cannabis (Marijuana) still using First: unk
                               Last: days-wks before admission [utox
                               pos for THC]
                               Alcohol (Ethanol, etc.) still using
Complicated Withdrawal       : Unable to assess
Effects of Substance Use     : Unable to assess
Chemical Abuse History (WP)  : Patient reports that he formerly smoked cannabis
                               several times a week, and routinely consumed
                               etoh on weekends.
Abuse History                : unable to assess
Current Effects of Abuse     : Unable to assess
Developmental Hx (WP)        : As per chart review

                               "As per admission note the patient grew up without
                               a father; he is single and has two children ages 4
                               and 3 (patient said their ages are 3 and 5 years
                               and that they are girls) living with patient's
                               mother and girlfriend. Patient eloped from school
                               from 9th grade and he was in special education. The
                               patient is in SSI."
Family History Categories: Unable to assess
Version                   : retention documentation
Residence Selection : adult
ACS/APS Involvement : unable to assess
Appearance                   : Appears stated age,Adequately dressed,Adequate
                               grooming
Behavior                     : Indifferent,Distant relatedness
Speech                       : Normal rate,Normal volume,Normal
                               rhythm,Non-pressured
Thought Process              : Goal directed,Logical
Thought Content              : Paranoid ideation
Suicidal Ideation            : No suicidal ideation
Aggressive Ideation          : No aggressive or homicidal ideation
Perceptual Disorders         : No perceptual disorders
Mood                         : Irritable
Affect                       : Constricted
Impulse Control              : Intact impulse control
Cognitive Function           : Alert,Oriented x4
Insight                      : Impaired insight
Judgment                     : Impaired judgment



Case 1:15-cv-05115-LAP   Document 9-1   Filed 02/10/17   Page 74 of 76

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-19W-69-C | Hale,Terrance | 3501306 | 3501306-4 | 27Y | M |

| | | Attending Physician | D.O.B. |
|---|---|---|---|
| | | Konrad,Steven | 02/25/1986 |

---------------------------------------------------------------------------

Unscheduled Multidisciplinary Treatment Plan (Psychiatry) IP -- cont'd
Will initiate a taper from 1 mg BID.  Will discuss
the option of Prolixin Decanoate.
3.  Medical:  Admission physical exam reviewed.  The
patient sustained a nasal bone fracture in an
altercation at Rikers.  Pain control with Motrin and
ice packs PRN.  Admission labs notable for mild
elevation of AST/ALT.  CXR from June 2012 was
unremarkable.  EKG QTc = 433.
4.  Legal: 9.39 admission.  Charged with Attempted
Murder 1st Degree.  Next court appearance on 7/11/12.

Last Est Date of Disc : Tue, 17 Jul 2012
Est Date of Discharge : Tue, 17 Jul 2012
Impediments to Disch  : Violence History Forensic History
Patient Involvement   : The patient is engaged in his treatment planning.

---------------------------------------------------------------------------


* * * End of Report * * *

Fri, 23 Aug 13   1129                                    Page    -- ---

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location DIS-19W-62-A | Patient Name Hale,Terrance | | Patient Number 3501306 | Visit Number 3501306-3 | Age 27Y | Sex M |
|---|---|---|---|---|---|---|
| | | | Attending Physician Konrad,Steven | | D.O.B. 02/25/1986 | |

--------------------------------------------------------------------

Unscheduled Psychiatric Assessment IP  -- cont'd
Chief Complaint                    : "I'm feeling sick mentally"
History of Present Illness (WP): ON ADMISSION 6/19/12:
                                   26 yo AAM with reported hx of schizophrenia
                                   and prior inpat treatment, arrested in april
                                   2012 for alleged attempted murder of an
                                   officer [stabbing] who was called to his
                                   home by him and/or his mother, admitted in
                                   April while under NYPD custody to 19N,
                                   referred back to Bellevue because of
                                   concerns about agitation and lability. The
                                   pt was treated for a few days on 19N after
                                   the arrest, then was discharged to
                                   arraignment, then was returned to Bellevue
                                   approx 24 hrs later for agitation. He was
                                   readmitted to 19N where he remained for 9
                                   days. During that time he had 2 doses of IM
                                   medication for behavior which was felt to be
                                   related to poor impulse control but not
                                   necessarily psychosis. Pt was noted at times
                                   to be oddly related and laughing to himself.
                                   He was eventually discharged on april 30 at
                                   his own request when he had shown calm
                                   behavior. He has been at Rikers since then.
                                   Meds at Rikers are currently Prolixin 5mg
                                   bid, buspar 5mg bid, Cogentin 1mg bid,
                                   Depakote 500mg qam and 1000mg at bedtime,
                                   Trazodone 100mg at bedtime. On this
                                   interview, pt is very quiet and stern,
                                   answering questions coherently and in a
                                   terse manner with poor eye contact. He
                                   admits upon questioning that he became
                                   'upset' after a conversation 'with my
                                   family' - clarification reveals that he is
                                   in fact referring to his mother, with whom
                                   it seems he has a complicated relationship
                                   [she frequently called 19N last time and
                                   also reportedly calls doctors at Rikers in
                                   the recent past]. Pt would not elaborate on
                                   how he acted when he was 'upset', but
                                   referral indicates that 'he has been

Fri, 23 Aug 13   1129

Bellevue Hospital CenterBellevue Hospital CenterBellevue Hospital CenterBellevue
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|----------|--------------|----------------|--------------|-----|-----|
| DIS-19W-62-A | Hale,Terrance | 3501306 | 3501306-3 | 27Y | M |

|  |  | Attending Physician | D.O.B. |
|--|--|---------------------|--------|
|  |  | Konrad,Steven | 02/25/1986 |

-----------------------------------------------------------------------

Unscheduled Psychiatric Assessment IP  -- cont'd

extremely labile, ... they had to lock down
his cell area due to an angry outburst where
he threatened all the other patients in his
housing area.' Asked if felt that his being
'upset' was related to his illness [he
endorses having an illness], he said no, he
thought it was about losing his temper. He
confirms that he does, in fact, want help in
being on medication that will help him
control his temper. Of note, he feels he
should not be 'blamed' for his temper, as
'it's the doctor's fault for not putting me
on the right medication.' Pt denies SI, HI
and AVH, although he does report that, at
times, he wonders if perhaps he should not
be alive. His next court date is July 11 and
he appears apathetic about that, as though
he has some hopelessness about the
situation. He reports his sleep has been
difficult and he has not been eating well
[reason: he has been moved from one housing
area to another recently, and he states that
when that happens, other inmates tend to
take your food when you're new to the
housing area]. Pt signed in 9.13 and agreed
to get labwork and ekg done.

INPATIENT REASSESSMENT 6/20/12:
Since arriving on 19W last night, Mr. Hale
has been calm and quiet, noted to be
somewhat affectively flat.  On interview
with his primary team this morning, he was
much the same as on admission.  He was
terse, irritable, guarded, required
significant encouragement to elaborate on
his responses, nevertheless was coherent,
logical, goal-directed.  The content of his
statements was mainly remarkable for
externalization and an oppositional stance.
He said he was hospitalized because he is